# EXHIBIT A

## EDNA NEAL

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | OPM | El Capitan | Menace To Sobriety | 303-751 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | Def Leppard | Love Bites | Hysteria | 90-420 |
| UMG Recordings, Inc. | Elton John | Something About The Way You Look Tonight | The Big Picture | 248-256 |
| Arista Records LLC | Kenny G | Loving You | Kenny G Greatest Hits | 263-707 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| Capitol Records, Inc. | Norah Jones | Cold Cold Heart | Come Away With Me | 320-120 |