Neal,Edna-UserLog-90337972.txt
Log for User at address 68.14.85.203:6353 generated on 9/16/2005 8:46:28 AM EDT (-0400 GMT)
Total Files: 1706
------------------------------
Total Audio Files: 790
Total Video Files: 0
Total Software Files: 134
Total Document Files: 279
------------------------------
Total Matched Files: 36
Total Distinct Matches: 29

FileName:  Reggae - Sean Paul - HotSexyPunkie.mp3 (3,449,216 bytes)
FileName: ( Magic Carpet Ride ).mp3 (5,728,256 bytes)
FileName: (05) Sean Paul - Get Busy.wma (2,144,227 bytes)
FileName: (SystemOfADown)toxicity.MP3 (1,526,002 bytes)
FileName: 01 - Beanie Sigel & Memphis Bleek - Freestyle (1000 Bars).mp3 (5,096,739 bytes)
FileName: 01 Justin Timberlake - Seniorita.mp3 (7,127,309 bytes)
FileName: 01 Windmills of Your Mind.mp3 (4,117,360 bytes)
FileName: 01-beanie_sigel_ft._jay-z-its_on-osc.mp3 (6,881,971 bytes)
FileName: 01-did my time-did my time-korn.mp3 (6,058,003 bytes)
FileName: 01-ginuwine_feat_baby-hell_yeah_(main_version)-gsm.mp3 (6,283,871 bytes)
FileName: 01-justin_timberlake_feat_50_cent-cry_me_a_river_(dirty)-cms.mp3 (7,061,212 bytes)
FileName: 01-kelis_ft_cnn-milkshake_(remix)-rbg.mp3 (4,554,147 bytes)
FileName: 01-mr_cheeks_ft_mario_winans-crush_on_you_(lp_version)-rns.mp3 (5,733,995 bytes)
FileName: 01-nick_cannon-your_pops_dont_like_me_(main)-rns.mp3 (5,774,746 bytes)
FileName: 01-panjabi_mc_feat._jay_z-beware_of_the_boys-cms.mp3 (5,748,877 bytes)
FileName: 01-the_game_ft_50_cent-westside_story_(dirty).mp3 (6,410,112 bytes)
FileName: 01-the_white_stripes-seven_nation_army-esc.mp3 (5,527,732 bytes)
FileName: 01. Fat Joe-My 44 (Dirty .. Diss To 50 Cent Official.mp3 (4,909,613 bytes)
FileName: 02 - c'mon (1).mp3 (4,091,938 bytes)
FileName: 02 Holidae In ft. Ludacris & Snoo.wma (2,563,121 bytes)
FileName: 02-beyonce_feat_sean_paul-baby_boy-jah.mp3 (5,491,369 bytes)
FileName: 02-camron_and_jim_jones-grinding-wcr.ram.mp3 (2,974,836 bytes)
FileName: 02-Go To Sleep - Eminem, DMX & Obie Trice.mp3 (4,548,736 bytes)
FileName: 02-I Wanna Talk About Me.mp3 (7,258,409 bytes)
FileName: 02-nelly_p._diddy__murphy_lee-shake_ya_tailfeather-whoa.mp3 (6,391,360 bytes)
FileName: 02-this love-maroon 5-songs about jane.mp3 (3,813,669 bytes)
FileName: 02_-_Sun_Don't_Shine.mp3 (4,914,986 bytes)
FileName: 03 Big Lie Small World.mp3 (6,105,452 bytes)
FileName: 03-50_cent-patiently_waiting_(feat_eminem)-rns.mp3 (6,934,528 bytes)
FileName: 03-50_cent_feat._sean_paul-ya_not_ready-esc.mp3 (2,312,485 bytes)
FileName: 04 After The Rain Has Fallen.mp3 (6,064,707 bytes)
FileName: 04-50_cent-many_men_(wish_death)-rns (1).mp3 (6,151,165 bytes)
FileName: 04-eminem-the_sauce-tas.mp3 (5,145,383 bytes)
FileName: 04-sean_paul-like_glue-jah.mp3 (5,627,671 bytes)
FileName: 04-system_of_a_down-boom-rns.mp3 (3,266,697 bytes)
FileName: 04-the_alchemist-the_essence_(feat._the_lox)-ffs.mp3 (6,074,245 bytes)
FileName: 05 Mr. Curiosity.mp3 (4,930,739 bytes)
FileName: 05 Perfect Love...Gone Wrong.mp3 (6,487,891 bytes)
FileName: 05-cd1-jay-z-excuse_me_miss-wcr.mp3 (6,752,778 bytes)
FileName: 05-Killa Cam.mp3 (4,257,920 bytes)
FileName: 05-young_gunz-girlz_(feat_juelz_santana)-rns.mp3 (5,009,408 bytes)
FileName: 06 Clockwatching.mp3 (6,854,207 bytes)
FileName: 06 Tomorrow We'll See.mp3 (5,790,937 bytes)
FileName: 06-good_charlotte-boys_and_girls-rns.mp3 (4,392,347 bytes)
FileName: 06-system of a down - Chop Suey.mp3 (5,057,098 bytes)
FileName: 07 - G-Unit - Groupie Love.mp3 (6,103,517 bytes)

Neal,Edna-UserLog-90337972.txt
FileName: 07 - Gunit - Groupie Love.mp3 (4,067,221 bytes)
FileName: 07-ja_rule_and_irv-shittin_on_50_cent_(diss_2_on_hot.97)-jce.mp3 (5,731,625 bytes)
FileName: 07-miss_b-bottle_action-(radio_mix_squeaky_clean)-sc.mp3 (5,214,352 bytes)
FileName: 08 Fill Her Up.mp3 (6,775,224 bytes)
FileName: 09 If I Ever Lose My Faith In You.mp3 (5,442,487 bytes)
FileName: 09-One Call Away (ft. J_Weav).mp3 (4,430,171 bytes)
FileName: 10 - Eric Clapton - Setting Me Up OLDER BLUES.mp3 (4,435,968 bytes)
FileName: 10 - Roses.mp3 (4,444,538 bytes)
FileName: 10 Fragile.mp3 (4,673,943 bytes)
FileName: 11 The Apl Song.m4a (2,849,682 bytes)
FileName: 11 We'll Be Together.mp3 (4,636,336 bytes)
FileName: 112 feat. Shyne, Lil Z - Anywhere (Bad Boy Remix).mp3 (4,431,872 bytes)
FileName: 11Like My StyleGet Rich Or Die Tryin50 Cent--(Real CD).mp3 (4,339,284 bytes)
FileName: 12 - Lil Kim - Magic Stick (Feat 50 Cent) - music-place2b.wma (3,666,212 bytes)
FileName: 13 Love Is The Seventh Wave.mp3 (4,220,474 bytes)
FileName: 13 Soundtrack - Against the Wind - Bob Segar.mp3 (4,196,730 bytes)
FileName: 13-bubba_sparxx-deliverance-Omni.mp3 (7,758,123 bytes)
FileName: 14-50_cent-21_questions_feat_nate_dogg-rns (1) (1).mp3 (3,594,415 bytes)
FileName: 16-bring_da_pain-supermp3s.mp3 (2,981,107 bytes)
FileName: 17-llyod_banks-doing_my_own_thang-esc.mp3 (1,372,383 bytes)
FileName: 17-the_alchemist_feat._sheek__j-hood-boost_the_crime_ra-whoa.mp3 (2,869,438 bytes)
FileName: 18 - Ying Yang Twins feat. Jacki-O - Wait (Whispers Remix).mp3 (5,702,470 bytes)
FileName: 18-big_tymers-got_everything_(feat_tateeze)-rns.mp3 (6,459,618 bytes)
FileName: 18-llyod_banks-catch_me_in_the_hood-esc.mp3 (1,757,605 bytes)
FileName: 19-Eminem-My_Dads_Gone_Crazy-DMB.mp3 (4,275,679 bytes)
FileName: 1976-The Foundations-Build Me Up Buttercup-[Original Oldies 60's & 70's].mp3 (2,131,785 bytes)
FileName: 2 Pac - I just dont give a .....mp3 (4,325,376 bytes)
FileName: 22-amerie_feat._joe_buddens__foxy_brown-talkin_to_me_(rm-wcr.mp3 (4,727,829 bytes)
FileName: 24-kelis_feat._pharrell-milkshake-wcr.mp3 (4,130,743 bytes)
FileName: 2Pac - Mega Mix.mp3 (27,810,544 bytes)
FileName: 2pac ft.Biggie - runnin.mp3 (3,702,923 bytes)
FileName: 3 6 Mafia - Bin Ladin Weed.mp3 (7,205,163 bytes)
FileName: 3LW feat.mp3 (2,160,502 bytes)
FileName: 50 cent - 21 questions.mp3 (5,387,412 bytes)
FileName: 50 Cent - Fuck You.mp3 (3,647,488 bytes)
FileName: 50 cent - Its Your Birthday (1).mp3 (5,801,984 bytes)
FileName: 50 cent - Its Your Birthday.mp3 (5,801,984 bytes)
FileName: 50 Cent - The Massacre - 14 - Just a Little Bit.mp3 (6,027,022 bytes)
FileName: 50 cent - whoo kid.mp3 (3,684,531 bytes)
FileName: 50 Cent feat Suspectz -- Exclusive.mp3 (3,167,098 bytes)
FileName: 50 Cent feat. Destiny's Child & Eminem - Thug Love (remix).mp3 (5,766,183 bytes)
FileName: 50 Cent ft G Unit - My Buddy.mp3 (5,393,822 bytes)
FileName: 50 Cent ft. Brooklyn ~ Many Men Remix.mp3 (5,098,477 bytes)
FileName: 50 Cent ft. The Game - Murder Buddens (Joe Buddens Diss).mp3 (4,380,128 bytes)
FileName: 50 Cent, Joe Buddens, Fabolous - In the Club (remix).mp3 (5,052,671 bytes)
FileName: 50 cent-06-50 cent-high all the time-rns.-get rich or die tryin.mp3 (6,010,738 bytes)
FileName: 50 Cents Get Out The Club(1).mp3 (3,826,979 bytes)
FileName: 50cent n banks- timbaland beat.mp3 (4,006,892 bytes)
FileName: 50cent-back down.mp3 (5,833,934 bytes)
FileName: 50_centg-unit-8_more_miles-tas.mp3 (5,350,392 bytes)
FileName: 50_cent_ft._g_unit-im_a_soldier_(produced_by_eminem)-esc.mp3 (5,423,775 bytes)
FileName: 8 mile (Eminem) - sweet home alabama freestyle.mp3 (1,712,219 bytes)

Neal,Edna-UserLog-90337972.txt
FileName: 8 mile Eminem Parking Lot Freestyle.mp3 (842,086 bytes)
FileName: 8Ball MJG, Jazze Pha.mp3 (5,706,106 bytes)
FileName: 9. 99 problems.mp3 (5,632,854 bytes)
FileName: A New Found Glory - Ballad For The Lost Romantics.mp3 (3,265,899 bytes)
FileName: A Perfect Circle - Three Libras.mp3 (3,452,310 bytes)
FileName: A Tribe Called Quest - Black Eyed Peas - Joints And Jams.mp3 (3,450,107 bytes)
FileName: Adam Sandler - Sex Or Weight Lifting.mp3 (6,816,128 bytes)
FileName: aerosmith - dream on (live with orchestra).mp3 (4,102,144 bytes)
FileName: Aerosmith - Dream On.mp3 (4,282,793 bytes)
FileName: aerosmith - dude look like a lady.mp3 (4,237,236 bytes)
FileName: Aerosmith - Girls of Summer (Complete).mp3 (4,712,576 bytes)
FileName: Aerosmith - I Dont Wanna Miss a Thing (Armagedon).mp3 (4,755,840 bytes)
FileName: Aerosmith - Jaded.mp3 (3,313,546 bytes)
FileName: Aerosmith - Janies gotta gun.mp3 (5,289,657 bytes)
FileName: Aerosmith - Pink.mp3 (3,288,155 bytes)
FileName: Aerosmith - Sing For The Moment (1).mp3 (4,285,301 bytes)
FileName: Afro Man - Colt 45 (2).mp3 (1,421,440 bytes)
FileName: Afroman - Because I Got High (1).mp3 (1,245,312 bytes)
FileName: Agony.mp3 (3,646,915 bytes)
FileName: AI2 Finals - Clay Aiken - Bridge Over Troubled Water.mp3 (3,898,833 bytes)
FileName: Akron - Lonely.mp3 (5,656,516 bytes)
FileName: Alchemist - 1st Infantry - 07 - Stop The Show featuring Stat Quo & MOP(1).mp3 (4,018,428 bytes)
FileName: Alchemist - 1st Infantry - 10 - Where Can We Go featuring Devin The Dude.mp3 (6,558,784 bytes)
FileName: Alisha Keys - Butterflies (1) (1).mp3 (4,080,568 bytes)
FileName: ALTERNATIVE _ Off Spring _ Pretty Flly.mp3 (2,269,552 bytes)
FileName: American Idol - 2002-07-16 - Kelly Clarkson - You're All I Need.mp3 (1,656,960 bytes)
FileName: American Idol - Clay Aiken - Don't Let The Sun Go Down On Me.mp3 (7,713,610 bytes)
FileName: American Idol 2 Finalists - God Bless The U.S.A. (03-26-03).mp3 (2,582,656 bytes)
FileName: american idol-Ejay Day (1).mp3 (2,303,104 bytes)
FileName: american idol-Ejay Day.mp3 (2,299,264 bytes)
FileName: Angie Mar-If I f Lil Mo-11EnvySnick2.mp3 (3,602,432 bytes)
FileName: archie - we ready.mp3 (2,391,230 bytes)
FileName: Areosmith - (Run DMC - Aerosmith) Walk This Way.mp3 (4,964,736 bytes)
FileName: Ashanti & Charlie Baltimore - I Wanna Be Your Chick.mp3 (4,847,640 bytes)
FileName: Ashanti - 09 - Baby - music-madness.mp3 (2,657,554 bytes)
FileName: Ashanti - Foolish (1).mp3 (3,639,296 bytes)
FileName: avant - makin good love.mp3 (4,278,272 bytes)
FileName: Avril Lavigne - Complicated.mp3 (3,929,200 bytes)
FileName: Avril Lavigne - Don't tell me.mp3 (1,280,304 bytes)
FileName: Avril Lavigne - Fall to Pieces.mp3 (5,010,621 bytes)
FileName: Avril Lavigne - Falling Down.mp3 (3,672,446 bytes)
FileName: avril lavigne - i'm with you.mp3 (5,378,048 bytes)
FileName: Avril Lavigne - Let Go - 08 - Anything But Ordinary.MP3 (4,031,021 bytes)
FileName: Avril Lavigne - Losing Grip.mp3 (5,601,199 bytes)
FileName: Avril Lavigne - Things I'll never say (Acoustic).mp3 (3,944,524 bytes)
FileName: Avril Lavigne - Too Much to Ask.mp3 (5,425,029 bytes)
FileName: Avril Lavigne - unwanted.mp3 (5,318,449 bytes)
FileName: Avril Lavigne ~ Basketcase(Green Day Cover).mp3 (2,596,040 bytes)
FileName: Avril Lavinge-He Wasn't.mp3 (2,793,443 bytes)
FileName: Aww Naw (Rock remix, POD) - Nappy Roots.mp3 (4,053,036 bytes)
FileName: B-52's - Love Shack.mp3 (5,146,297 bytes)
FileName: B2K - Girlfriend.mp3 (6,571,538 bytes)
FileName: B2K feat. P. Diddy - Bump, Bump, Bump.mp3 (6,890,696 bytes)
FileName: B2K feat. P.mp3 (6,890,696 bytes)
FileName: bad company - Black Betty.mp3 (7,598,046 bytes)
FileName: BB King & Eric Clapton - 01 Riding with the King.mp3 (4,216,095 bytes)
FileName: Beanie Man - Dude.mp3 (4,038,706 bytes)

FileName: Beanie Man f. Janet Jackson - Feel It Boy.MP3 (3,272,704 bytes)
FileName: BeastieBoys¥Girls.mp3 (2,122,108 bytes)
FileName: Beastyboys - No Sleep Till Brooklyn.mp3 (2,963,808 bytes)
FileName: BeastyBoys-Body movin.mp3 (2,933,076 bytes)
FileName: BeastyBoys-brass_monkey (1).mp3 (2,220,635 bytes)
FileName: BeastyBoys.Intergalactic.mp3 (3,375,708 bytes)
FileName: Beethoven - Fifth Symphony.mp3 (2,921,882 bytes)
FileName: Benzino - Pull Up Your Skirt (Eminem Diss).mp3 (1,820,800 bytes)
FileName: Benzino Rock The Party-NO DJ CLUE.mp3 (3,998,240 bytes)
FileName: Bette Midler - Wind Beneath My Wings.mp3 (4,671,913 bytes)
FileName: Beyonce & Sean Paul - Baby Boy.mp3 (3,669,224 bytes)
FileName: Big L - '98 Freestyle.mp3 (2,084,500 bytes)
FileName: Big Tymers - # 1 Stunna.mp3 (1,122,730 bytes)
FileName: Big Tymers - Get Your Roll On.mp3 (6,220,444 bytes)
FileName: Big Tymers - Hennessy & XTC.mp3 (3,381,248 bytes)
FileName: Big Tymers - Hood Rich - 02 - big_cars.mp3 (4,921,344 bytes)
FileName: big tymers - millionaire dream.mp3 (7,716,304 bytes)
FileName: biggie smalls - hipnotize.mp3 (3,856,800 bytes)
FileName: Biggie Smalls-Real Niggaz (Unreleased Full Lyrics Version).mp3 (4,053,992 bytes)
FileName: Biggie-Going Back To Cali.mp3 (3,712,876 bytes)
FileName: Billy Joel - Piano Man.mp3 (5,374,623 bytes)
FileName: Billy Joel - We didn't start the Fire.mp3 (4,653,523 bytes)
FileName: Biz Markee - You Say He's Just A Friend.mp3 (3,889,076 bytes)
FileName: Black Crowes - She Talks To Angels.mp3 (5,265,792 bytes)
FileName: Black Eyed Peas - Hey Mama (Remix).mp3 (1,155,355 bytes)
FileName: Black Eyed Peas - Monkey Business - 06 - Like That (Feat Cee-Lo John Legend Talib Kweli And Q-Tip).mp3 (6,909,105 bytes)
FileName: Black Eyed Peas - Monkey Business - 08 - Feel It.mp3 (6,798,288 bytes)
FileName: Black Eyed Peas - Monkey Business - 09 - Gone Going (Feat Jack Johnson).mp3 (5,260,521 bytes)
FileName: Black Eyed Peas - Monkey Business - 12 - Bebot.mp3 (4,202,624 bytes)
FileName: Black Eyed Peas - Monkey Business - 14 - Audio Delite At Low Fidelity.mp3 (8,720,447 bytes)
FileName: Black Eyed Peas - Weekends.mp3 (5,863,586 bytes)
FileName: black eyed peas - wheres the love.mp3 (5,466,378 bytes)
FileName: Black Eyed Peas -Monkey Business - 03 - My style (feat. justin timberlake).mp3 (4,175,247 bytes)
FileName: Black Eyed Peas- Falling Up.mp3 (3,640,962 bytes)
FileName: Black Sabath - Psycho Man.MP3 (2,519,040 bytes)
FileName: Black Sabbath - Iron Man.mp3 (8,014,454 bytes)
FileName: Black Star - Definition.mp3 (2,890,258 bytes)
FileName: Blackeyed Peas - Thats The Joint.mp3 (3,408,520 bytes)
FileName: Blackstreet - Deep (1).mp3 (3,415,858 bytes)
FileName: Blackstreet - Deep.mp3 (6,826,748 bytes)
FileName: Blackstreet - If You Need A Fix.mp3 (3,936,000 bytes)
FileName: Black_Sabbath_Ozzy_Osbourne - Purple_Haze.mp3 (3,648,559 bytes)
FileName: Blind Boys of Alabama - Give me That Old Time R.mp3 (2,271,412 bytes)
FileName: blow it out remix - ludacris ft. 50 cent.mp3 (3,895,763 bytes)
FileName: blu_cantrell_feat.mp3 (5,506,416 bytes)
FileName: Bob Marley - No Woman No Cry.mp3 (6,840,286 bytes)
FileName: Bob Segar - The Fire Down Below.mp3 (4,603,443 bytes)
FileName: Bob Segar - Travelin Man.mp3 (4,705,472 bytes)
FileName: Bob Seger - Ramblin Gamblin Man.mp3 (2,303,218 bytes)
FileName: Bob Seger - Turn The Page.mp3 (4,900,949 bytes)
FileName: Bon Jovi - Living on a Prayer.mp3 (4,002,881 bytes)
FileName: Bon Jovi - Shot Through The Heart.mp3 (3,571,108 bytes)
FileName: Bon Jovi - Wanted Dead Or Alive.mp3 (4,965,154 bytes)
FileName: Bone Thugs N Harmony BIGGIE - Let's Ride Get High.mp3 (5,900,804 bytes)
FileName: Bone Thugs N Harmony - East 1999.mp3 (4,184,760 bytes)
FileName: Bone Thugs N Harmony-Crossroads - Cross Roads.mp3 (3,668,802 bytes)
FileName: Bonjovi - Thank You For Loving Me.mp3 (4,944,005 bytes)
FileName: bring da pain .mp3 (5,697,620 bytes)

FileName: Britney - 07 - I Love Rock And Roll.mp3 (2,985,984 bytes)
FileName: Brush Your Shoulders Off.mp3 (4,908,104 bytes)
FileName: BuBbA sPaRkS - uGlY rEmIx.mp3 (2,082,238 bytes)
FileName: Bubba Sparxx - Bubba Sparx Triple Platinum (1).mp3 (4,455,829 bytes)
FileName: Bubba Sparxxx - Jimmy Mathis.mp3 (4,598,865 bytes)
FileName: Bubba Sparxxx - Kuntry Folks.mp3 (5,036,792 bytes)
FileName: bubba_sparxxx-05-lovely-rev.mp3 (3,802,559 bytes)
FileName: BujuBanton&FatJoe&BigPun-RudeboySalute.mp3 (4,082,048 bytes)
FileName: BujuBanton-GoodLookingGal.mp3 (3,400,064 bytes)
FileName: Busta Rhymes ft (1).mp3 (3,944,448 bytes)
FileName: Busta Rhymes ft. Sean Paul & Spliff Star - Make It Clap (Remix).mp3 (3,944,448 bytes)
FileName: Busta Rhymes ft.mp3 (3,944,448 bytes)
FileName: Busta Ryhmes and Janet Jackson - Gonna Make Your Body Sweat.mp3 (5,175,680 bytes)
FileName: Buzz Riddim - Give Me The Light - Sean Paul.mp3 (3,516,512 bytes)
FileName: California Dreamin'.mp3 (1,896,341 bytes)
FileName: Cam'ron - Come Home With Me - 04 - Live My Life ( Leave Me Alone ) (feat. Daz Dillinger).ogg (3,753,219 bytes)
FileName: Camron feat Charlie Baltimore - Me And My Boo.mp3 (4,157,526 bytes)
FileName: Can't Nobody.mp3 (3,972,660 bytes)
FileName: Carlo Nakai - Meditation - Native American Flute Music - Star Chant -.mp3 (6,737,403 bytes)
FileName: Cassidy - I'm A Hustler.mp3 (4,598,724 bytes)
FileName: Cassidy Feat. Jay Z - Im A Hustler Remix.MP3 (6,462,911 bytes)
FileName: Cassidy Feat1. R Kelly - Hotel(1).mp3 (4,787,849 bytes)
FileName: cd girls 5 orgasmns strapon first time with a girl HOT ( adult porn xxx teen sex amature lesbian ) by NEO.asf (5,561,287 bytes)
FileName: CD Quality LILY (1).mp3 (3,952,293 bytes)
FileName: changeclothes.mp3 (4,095,548 bytes)
FileName: Cheba Zahouania - Dini maak.mp3 (6,269,056 bytes)
FileName: Chingy and Lil John - Get Low ( Remix ).mp3 (5,555,061 bytes)
FileName: Chingy ft (1).mp3 (2,060,416 bytes)
FileName: Chingy Ft. Trina- Right Thur (Remix).mp3 (5,288,064 bytes)
FileName: Chingy-Right Thurr.mp3 (5,203,349 bytes)
FileName: chris rock - niggas vs black people.mp3 (12,206,881 bytes)
FileName: Chris Rock - No Sex in the Champaign Room.mp3 (4,206,592 bytes)
FileName: Christina Aguilera - Stripped - 02 - Cant Hold Us Down (With Lil Kim).mp3 (4,093,040 bytes)
FileName: Christina Agulara - Beutiful (1).mp3 (5,727,354 bytes)
FileName: Christina Christian~ Isnt He lovely.mp3 (570,480 bytes)
FileName: christina_aguilera-dirrty_ft_redman-cpr.mp3 (3,839,292 bytes)
FileName: ciara ft petey pablo - goodies.mp3 (5,739,699 bytes)
FileName: Cindy Lauper - Girls Just Want To Have Fun.mp3 (3,771,315 bytes)
FileName: Classic Rock-Stevie Ray Vaughn - Little Wing.mp3 (6,613,872 bytes)
FileName: Classical - Mozart - Symphony No. 25.mp3 (7,355,211 bytes)
FileName: classical - Mozart Ballet Music.mp3 (15,136,687 bytes)
FileName: classic_theme.lwtp (61,345 bytes)
FileName: Clay Aiken - Bridge Over Troubled Waters.mp3 (2,479,660 bytes)
FileName: Clay Aiken - For Having You to Love.mp3 (5,760,607 bytes)
FileName: Clay Aiken - Sugar Pie Honey Bunch.mp3 (1,454,046 bytes)
FileName: Clay Aiken - This Is The Night.mp3 (3,327,211 bytes)
FileName: Clipse feat Kardinal Offishal & Sean Paul - Grindin'(Reggae Remix).mp3 (3,708,936 bytes)
FileName: COCAINE.MP3 (8,771,581 bytes)
FileName: Comedy - Elmo's Got A Gun.mp3 (1,301,753 bytes)
FileName: Comedy - Elmo Rap.mp3 (682,368 bytes)
FileName: Comedy - LimpBizkit , Korn , Spears Eminem , Metallica , Slipknot , Deftones , Kid Rock , Backstreet Boys , N'Sync - Britney U Suck.mp3 (1,553,024 bytes)
FileName: Comedy Elmo - Cartman takes elmo out.mp3 (602,245 bytes)
FileName: Comedy-Adam Sandler - Weed Song.mp3 (2,111,488 bytes)
FileName: Common feat Mary - Come close to me.mp3 (6,245,019 bytes)

FileName: Common-Like Water For Chocolate-06-Funky for You Feat.Bilal & Jill Scott.mp3 (4,190,728 bytes)
FileName: Coolio- head strung.mp3 (5,518,541 bytes)
FileName: Copy of 06. Nora Jones - ShootTheMoon.mp3 (3,925,020 bytes)
FileName: Copy of Sublime - What I Got.mp3 (2,395,812 bytes)
FileName: Counting Crows - She Talks To Angels (Acoustic).mp3 (6,061,570 bytes)
FileName: Craig David feat. Sting - Rise And Fall.mp3 (3,448,234 bytes)
FileName: Creed - With Arms Wide Open.mp3 (4,427,776 bytes)
FileName: Cypress Hill - What's Your Number.wma (3,725,649 bytes)
FileName: Cypris Hill-I Love You Maryjane.mp3 (3,365,736 bytes)
FileName: D-Block - 2 Guns.mp3 (4,194,604 bytes)
FileName: D12 - My Band (ft Eminem).mp3 (6,292,569 bytes)
FileName: D12- HIT EM UP III.mp3 (3,224,103 bytes)
FileName: Daddy Yankee (feat. Lil Jon, Pitbull, Noreaga, Gem Star, Mato) - Gasolina (Remix).mp3 (5,814,555 bytes)
FileName: Dave Mathews Band - So Much To Say.mp3 (3,468,452 bytes)
FileName: dave matthews band - crazy (acoustic).mp3 (4,325,925 bytes)
FileName: Dd98.asf (621,052 bytes)
FileName: Deaf Leopard- Pour Some Sugar.mp3 (4,276,480 bytes)
FileName: Def Leppard - Love Bites.mp3 (5,536,476 bytes)
FileName: Dem Franchize Boyz - White Teez.mp3 (3,992,304 bytes)
FileName: Dennis Leary - The Asshole Song.mp3 (4,260,224 bytes)
FileName: Destiny's Child Feat. 50 Cents And Eminem - Thug Love (remix).mp3 (5,767,178 bytes)
FileName: dido life for rent-sand in my shoes.mp3 (6,964,532 bytes)
FileName: dido-sand in my shoes-unreleased album.mp3 (6,583,946 bytes)
FileName: dido-unreleased album-stoned.mp3 (4,447,431 bytes)
FileName: dido-who makes you feel-unreleased album-07.mp3 (7,254,150 bytes)
FileName: dis - Ja Rule - 50 cent dis.mp3 (4,948,096 bytes)
FileName: Distubed -Down with the sickness.mp3 (3,597,264 bytes)
FileName: Disturbed - Stupified.mp3 (4,381,664 bytes)
FileName: DIWALI RIDDIM - Sean Paul - Get Busy.mp3 (3,438,516 bytes)
FileName: Dixie Chicks - Landslide (album version!) (1).mp3 (3,691,920 bytes)
FileName: Dixie Chics - Long Time Gone.mp3 (3,602,476 bytes)
FileName: DJ Clue - Oochie Walla.mp3 (4,487,168 bytes)
FileName: dj clue - Roc diss (feat 50 Cent, Nature & Nas) (1).mp3 (3,717,504 bytes)
FileName: DJ D John and Eminem - Lose Yourself (a KaZaA Exclusive) - 8 Mile Soundtrack.mp3 (5,221,948 bytes)
FileName: DJ Liquid- Final Fantasy Trance Mix.mp3 (5,163,628 bytes)
FileName: DJ Quik, Eazy-E & AMG - Trust No Bitch .mp3 (4,874,240 bytes)
FileName: DJ Whoo Kid - (2003) - The Sopranos Mixtape - 09 - Headz (50 Cent feat Eminem, Lloyd Banks, Tony Yayo)(1).mp3 (6,967,083 bytes)
FileName: DJ Whoo Kid - Southern Smoke -50 Cent - Freestyle- Featuring Tony Yayo,Llyod Banks.mp3 (5,402,051 bytes)
FileName: dmb - crash into me.mp3 (5,333,543 bytes)
FileName: DMB - live 2002 04 04 - Where Are You Going.mp3 (3,888,746 bytes)
FileName: DMB - Space Between.mp3 (3,893,248 bytes)
FileName: DMB -Angel (Acoustic).mp3 (3,887,405 bytes)
FileName: DMB-camden-6_22_01-19-Aint it Funny How Time Slips Away.mp3 (4,956,160 bytes)
FileName: DMX - Give it to you.mp3 (5,367,808 bytes)
FileName: DMX - It's Dark And Hell Is.mp3 (3,001,168 bytes)
FileName: DMX f. Phil Collins - In the Air Tonight.mp3 (5,599,861 bytes)
FileName: Doors - LA Women.mp3 (7,530,181 bytes)
FileName: Doors - Light My Fire.mp3 (6,829,001 bytes)
FileName: Doors - Love Her Madly.mp3 (3,148,034 bytes)
FileName: Dru Hill - I Should Be.mp3 (6,368,713 bytes)
FileName: Dynamite Hack - Boys in the Hood.mp3 (2,202,864 bytes)
FileName: Eamon - Fuck It.mp3 (5,482,962 bytes)
FileName: Easy E - Boys n tha Hood.mp3 (3,913,728 bytes)
FileName: Easy E - Real Mutha Fucking G's.mp3 (5,327,608 bytes)
FileName: Easy E - Sippin a 40.mp3 (4,295,802 bytes)
FileName: easy E- Put It In Your Mouth.mp3 (2,919,704 bytes)

FileName: Eazy E (NWA)- dope man.mp3 (6,055,936 bytes)
FileName: Eazy E - Automobile.mp3 (3,137,167 bytes)
FileName: Eazy E - College Girls Are Easy.mp3 (3,637,632 bytes)
FileName: Eazy E Feat Game - DJ Whoo Kid, Steve O & Game-G Unit Radio Part 8 - Still Crushing.mp3 (4,870,977 bytes)
FileName: Elliot Ness - My Hood(1).mp3 (4,303,104 bytes)
FileName: Elton John - Honky Cat.mp3 (5,025,000 bytes)
FileName: Elton John - There's Something About The Way You Look Tonight.mp3 (3,848,825 bytes)
FileName: Eminem & BG & X-Zibit & Dr. Dre & Snopp Dogg - Bling Bling [remix].mp3 (4,446,208 bytes)
FileName: Eminem & South Park Kids - Drugs Are Bad (Unreleased).mp3 (7,276,421 bytes)
FileName: Eminem - 12 Sing for the moment.MP3 (5,467,802 bytes)
FileName: eminem - 13 Superman (eminem).mp3 (8,409,398 bytes)
FileName: Eminem - Detroit Underground 2000 - I Need Bud.mp3 (4,773,973 bytes)
FileName: Eminem - Encore - 14 - Ass Like That.mp3 (3,186,858 bytes)
FileName: eminem - encore - we as americans.mp3 (7,169,009 bytes)
FileName: Eminem - Run Rabbit Run.mp3 (4,612,400 bytes)
FileName: Eminem - the marijuana mix.mp3 (5,832,814 bytes)
FileName: eminem - without me (the real slim shady remix - jahzooo@yahoo.com).mp3 (4,757,504 bytes)
FileName: Eminem feat. D12 - Girls [Unreleased].mp3 (5,428,419 bytes)
FileName: Eminem Feat.D12 & Obie Trice -Haile's Revenge.mp3 (7,471,445 bytes)
FileName: Eminem Parody - The Marijuana Mix (1) (1).mp3 (2,713,984 bytes)
FileName: Eminem, 50 Cent, Busta Rhymes - Hail Mary.mp3 (7,630,492 bytes)
FileName: eminem, 50cent and busta rhymes - hail mary.mp3 (8,478,720 bytes)
FileName: Eminem-50Cent-Til_I_Collapse-Remix.mp3 (5,142,165 bytes)
FileName: Eminem-Just Lose it.mp3 (4,950,016 bytes)
FileName: Eric Clapton & Tracy Chapman - Give me one reason (live unplugged).mp3 (4,232,916 bytes)
FileName: Eric Clapton - LAYLA.mp3 (6,881,758 bytes)
FileName: Essam Music - Persian, Arabic, Turkish & Indian Dance Mix.mp3 (4,891,008 bytes)
FileName: Evanescence - Bring Me To Life (Original).mp3 (5,711,169 bytes)
FileName: Eve - 11 - Satisfaction - simplemp3s.mp3 (6,211,095 bytes)
FileName: Fabolous - We Tight.mp3 (3,200,791 bytes)
FileName: Fabolous feat. Lil Mo - Can't Let You Go.mp3 (4,985,680 bytes)
FileName: Fabolous ft Lil Mo - Untitled.mp3 (4,985,680 bytes)
FileName: Fairuz - Tallet Ya Mahla Nourha (Arabic).mp3 (3,260,416 bytes)
FileName: Fat Joe-My Lifestyle.mp3 (4,944,612 bytes)
FileName: fat_joe-10-all_i_need-whoa.mp3 (6,687,940 bytes)
FileName: Fiend - The Baddest (1).mp3 (3,056,595 bytes)
FileName: Fifty-50 Cent - Material Girl.mp3 (2,947,072 bytes)
FileName: flava in your ear remix 2003.mp3 (2,552,145 bytes)
FileName: Foo Fighters - Best of You.mp3 (4,062,879 bytes)
FileName: Foo Fighters - Times Like These.mp3 (4,108,538 bytes)
FileName: Frankee Vs Eamon - Mashed Up.mp3 (8,605,260 bytes)
FileName: Frankie J - Sugar Sugar (1) (1).mp3 (3,527,124 bytes)
FileName: Fuck You.mp3 (4,689,170 bytes)
FileName: Funkmaster Flex_Keith Murray Freestyle.mp3 (1,736,704 bytes)
FileName: FunkMasterFlex - 21 - Block Lock Down - Feat. Ludicris.mp3 (4,231,222 bytes)
FileName: George Thorogood - I Drink Alone.mp3 (4,403,200 bytes)
FileName: George Thorougood -- One Burbon One Scotch One Beer.mp3 (8,113,389 bytes)
FileName: Get Up.wma (4,699,637 bytes)
FileName: ginuwine - the life - 01 - why not me.mp3 (2,129,544 bytes)
FileName: Godsmack - Voodoo.mp3 (4,449,235 bytes)
FileName: godsmack i stand alone.mp3 (5,915,551 bytes)
FileName: godsmack i stand.mp3 (5,915,295 bytes)
FileName: Gorrillas - Clint Eastwood (2).mp3 (3,379,401 bytes)
FileName: Gotta Make It To Heaven--50 Cent-Get Rich Or Die Tryin.mp3 (4,897,011 bytes)

FileName: grand theft audio - Stupid Ass.mp3 (6,011,102 bytes)
FileName: Grease - Greased Lightning.mp3 (1,872,000 bytes)
FileName: grease - look at me, i'm sandra dee.mp3 (1,638,400 bytes)
FileName: Grease - Youre the One I Want.mp3 (2,718,372 bytes)
FileName: Grease -- Beauty School Dropout.mp3 (3,866,624 bytes)
FileName: Grease- Summer Lovin.mp3 (5,459,968 bytes)
FileName: Green Day - Good Riddance (Time Of Your Life) (1).mp3 (2,468,247 bytes)
FileName: Green Day - Good Riddance (Time Of Your Life).mp3 (2,468,247 bytes)
FileName: green day - Greenday Insomniac.mp3 (3,080,382 bytes)
FileName: Green Day - When I Come Around.mp3 (2,851,701 bytes)
FileName: Gucci Mane - Icy.mp3 (7,028,820 bytes)
FileName: Guns and Rose - Paradise City.mp3 (4,872,172 bytes)
FileName: Guns And Roses - Knocking On Heavens Door.mp3 (5,377,846 bytes)
FileName: Guns and Roses - Welcome to the Jungle (1).mp3 (4,378,250 bytes)
FileName: Guns and Roses - Welcome to the Jungle.mp3 (4,378,250 bytes)
FileName: Guns n' Roses - Paridise City.mp3 (6,502,381 bytes)
FileName: H2O - Like A Prayer.mp3 (2,812,413 bytes)
FileName: Halloween - Monster Mash.mp3 (3,655,019 bytes)
FileName: Halloween Songs- Dog growling .mp3 (673,792 bytes)
FileName: Havana Nights - Black Eyed Peas - Dirty Dancing.mp3 (6,081,424 bytes)
FileName: Heather Nova - I'm No Angel.mp3 (3,745,792 bytes)
FileName: Hey You.mp3 (4,525,884 bytes)
FileName: HIDDEN TRACK (COMMON).mp3 (4,448,256 bytes)
FileName: hindi remix - eminem indian remix.mp3 (2,973,696 bytes)
FileName: Hip Hop - Freestyle Tupac vs Biggie.mp3 (1,374,960 bytes)
FileName: Hip Hop-Common-Like Water for Chocolate-15-A Song for Assata (1).mp3 (6,535,688 bytes)
FileName: Hoko - Another Dumb Blonde.MP3 (3,193,216 bytes)
FileName: Hot Boys - I Need A Hot Girl.mp3 (5,173,632 bytes)
FileName: Hot Young Teens fuck hardcore russian sex suck fucking gay lesb1a) mpeg HOT! HOME VIDEO FROM RUSSIA! BLONDE & BRUNETTE GIRLS ORGASM porn pussy lesbian teen tits boobs anal lesb.asf (1,165,500 bytes)
FileName: hot995heaven.mp3 (3,841,429 bytes)
FileName: House music-Techno - Dance.mp3 (4,141,440 bytes)
FileName: human league-dont you want me baby.mp3 (3,836,413 bytes)
FileName: i don't wanna know (6).mp3 (5,701,234 bytes)
FileName: I Got 5 on it (Unrelesed Remix).mp3 (3,865,925 bytes)
FileName: Ice Cube - Pushin' Weight.mp3 (5,392,444 bytes)
FileName: ICP - Eminem's Mom.mp3 (1,036,613 bytes)
FileName: ICP - Homies w Twiztid (1).mp3 (4,454,413 bytes)
FileName: ICP - Slim Anus (Eminem Parody).mp3 (4,663,970 bytes)
FileName: icp - the wraith - cotton candy and popsicles.mp3 (3,562,649 bytes)
FileName: icp - we will never die alone (1).mp3 (3,884,317 bytes)
FileName: ICP aint_yo_bidness.mp3 (3,435,787 bytes)
FileName: ICP, Ice Cube, Cypress Hill..... - Fuck Tha Police.mp3 (4,881,311 bytes)
FileName: ICP- We Belong.mp3 (1,381,530 bytes)
FileName: In da club (remix)eminem and dr dre.mp3 (5,289,866 bytes)
FileName: Inner Circle - Boom Shaka Lakka.mp3 (3,020,452 bytes)
FileName: Insane Clown Posse - NEW EMINEM DISS NOT SLIM ANUS.mp3 (3,274,880 bytes)
FileName: Insane Clown Posse - The Wraith - 13pm.mp3 (4,722,688 bytes)
FileName: Its My Time.wma (2,446,641 bytes)
FileName: J LO 'Jenny From The Block' with Rap.mp3 (3,051,188 bytes)
FileName: J-Kwon- Get Tipsy.mp3 (3,817,472 bytes)
FileName: J-Kwon_HOOD HOP_TIPSY-xmk.mp3 (4,638,848 bytes)
FileName: J.Lo ft. ll cool j - all i have.mp3 (6,109,530 bytes)
FileName: Ja Rule - 06 Down Ass Bitch.mp3 (5,331,608 bytes)
FileName: Ja Rule, R. Kelly, Ashanti - Wonderful.mp3 (5,690,650 bytes)
FileName: Jack Johnson - Brushfire Fairytales - 03 - Posters.mp3 (3,075,309 bytes)
FileName: jack johnson - cupid only misses sometimes (live).wma (1,357,089 bytes)
FileName: Jack Johnson - I wanna Know.mp3 (3,346,432 bytes)
FileName: Jack Johnson - Poor Taylor I (1).mp3 (3,508,224 bytes)
FileName: Jack Johnson - Who Do You Love.mp3 (2,732,032 bytes)
FileName: Jack Johnson-Stars In Heaven.mp3 (2,424,960 bytes)

FileName: Jadakiss - They Aint Ready.mp3 (4,184,829 bytes)
FileName: jadakiss - why.mp3 (6,870,166 bytes)
FileName: Jaheim - 05 - Put That Woman First - Still Ghetto.mp3 (3,935,172 bytes)
FileName: Jason Mraz - bella luna.mp3 (9,736,320 bytes)
FileName: Jason Mraz - crazy is the forecast.mp3 (3,510,065 bytes)
FileName: Jason Mraz - Flying my Guilt Over a Quilt.mp3 (3,917,079 bytes)
FileName: Jason Mraz - Geek in the Pink.mp3 (3,553,488 bytes)
FileName: Jason Mraz - Land Down Under.mp3 (2,679,077 bytes)
FileName: Jason Mraz - Mr. A-Z - 01 - Life Is Wonderful.mp3 (6,523,452 bytes)
FileName: Jason Mraz - please dont tell her.mp3 (4,696,192 bytes)
FileName: jason mraz - Stranger In The Sky.mp3 (4,615,442 bytes)
FileName: Jason Mraz - Text Messaging.mp3 (3,554,304 bytes)
FileName: Jason Mraz - White Girl.mp3 (1,866,504 bytes)
FileName: Jason Mraz- Im_Yours.mp3 (4,125,297 bytes)
FileName: Jay Z - La La La.mp3 (4,540,669 bytes)
FileName: Jay z feat.Angie Martinez - Mi Amor.mp3 (2,025,396 bytes)
FileName: Jay-Z - Girl's Best Friend.mp3 (4,781,126 bytes)
FileName: Jay-Z - Girlz, Girlz, Girlz.mp3 (4,390,912 bytes)
FileName: jay-z-the black album-99 problems.mp3 (6,564,849 bytes)
FileName: jay_z_ft_beyonce-01-me_and_my_girlfriend(main)-whoa_int (1).mp3 (4,929,185 bytes)
FileName: jay_z_ft_beyonce-01-me_and_my_girlfriend(main)-whoa_int.mp3 (4,929,697 bytes)
FileName: Jeff Beck - The House Is Rockin'.mp3 (2,312,714 bytes)
FileName: Jeff Beck, Buddy Guy - Mustang Sally.mp3 (3,469,452 bytes)
FileName: Jennifer Lopez- Jenny From The Block (Rap Remix).mp3 (3,050,164 bytes)
FileName: jennifer_lopez-11-baby_i_love_you-whoa.mp3 (6,427,388 bytes)
FileName: jim crow - holla at a playa (1).mp3 (5,027,150 bytes)
FileName: jim crow - hot wheels (1).mp3 (5,718,517 bytes)
FileName: jim crow - hot wheels.mp3 (5,718,517 bytes)
FileName: Jim Crow - Low, Low.mp3 (4,513,605 bytes)
FileName: jim crow - smoke somethin.mp3 (4,470,875 bytes)
FileName: Jimmy Buffet - bye bye miss american pie.mp3 (4,468,977 bytes)
FileName: Jimmy Buffet - Margaritaville.mp3 (4,009,030 bytes)
FileName: Jimmy Fallon - Idiot Boyfriend.mp3 (3,779,571 bytes)
FileName: Jimmy Hendricks - Purple Haze.mp3 (2,773,125 bytes)
FileName: Jimmy Hendrix- All Along The Watch Tower.mp3 (955,240 bytes)
FileName: Jimmy Page & The Black Crows - Shake Your Money Maker.mp3 (4,334,458 bytes)
FileName: Joe Budden - Drop Drop.mp3 (3,925,977 bytes)
FileName: Joe Buddens & Ll Cool J - Focus (remix).mp3 (6,265,480 bytes)
FileName: Joe Feat. Jadakiss - I Want A Girl Like You (Drumline Soundtrack).mp3 (5,745,280 bytes)
FileName: Joe ft. Jadakiss - I Want A Girl Like You [yillo.de].mp3 (5,745,117 bytes)
FileName: John, Elton--Can You Feel the Love Tonight (The Lion King).mp3 (1,673,453 bytes)
FileName: Johnny Gill & Kenny G - My, My, My.mp3 (4,084,096 bytes)
FileName: Jon Bon Jovie-Bed of Roses.mp3 (3,584,000 bytes)
FileName: Jon Bonjovi - You Give Love a Bad Name.mp3 (2,347,538 bytes)
FileName: Joshua Gracin - Otowns All or Nothing.mp3 (1,201,206 bytes)
FileName: Journey - Small Town Girl.mp3 (4,008,194 bytes)
FileName: JustinTimberlake - Justified - 05 - cry me a river.mp3 (6,971,571 bytes)
FileName: Juvenile feat Mannie Fresh - In My Life (dirty)(1).mp3 (8,459,611 bytes)
FileName: Kahia Jealous Girls.mp3 (2,754,019 bytes)
FileName: katie'sTom Green Prank Phone Calls - You Kicked My Kick Dog THIS IS FUNNY AS HELL!!!!.mp3 (1,327,488 bytes)
FileName: Kayne West - Through The Wire.mp3 (6,533,267 bytes)
FileName: KC and Jojo - All My Life.mp3 (5,293,675 bytes)
FileName: Kelly - Don't Play That Song.mp3 (1,629,008 bytes)
FileName: Kelly Clarkson - A Moment Like This.mp3 (3,633,958 bytes)
FileName: Kelly Clarkson - Natural Woman.mp3 (1,527,767 bytes)
FileName: Kelly Clarkson- Miss Independent.mp3 (1,373,094 bytes)
FileName: Kelly Clarkson-Respect (Sept. 3rd).mp3 (1,422,280 bytes)

FileName: Kelly Rowland-Simply Deep-can't nobody-Real One (1).mp3 (4,439,467 bytes)
FileName: kelly_osbourne-papa_dont_preach (1).MP3 (3,139,258 bytes)
FileName: Kenny Chesney - She Thinks My Tractor's Sexy.mp3 (3,970,254 bytes)
FileName: Kenny Chesney- You Had Me From Hello.mp3 (1,849,974 bytes)
FileName: Kenny G Breathless (The Wedding Song).mp3 (3,221,528 bytes)
FileName: kenny g - loving you.mp3 (3,193,278 bytes)
FileName: Kenny Rogers - Buy Me A Rose.mp3 (4,572,721 bytes)
FileName: Kermit & Big Bird -- Sesamea Street.mp3 (2,426,880 bytes)
FileName: KID ROCK -COWBOY SW MIX.mp3 (4,470,875 bytes)
FileName: Kid Rock ft Sheryl Crow- Picture.mp3 (4,782,606 bytes)
FileName: Kimberly Locke - It's Raining Men (04-01-03).mp3 (1,935,488 bytes)
FileName: Korean-Rap-Drunken Tiger & Eminem - Happy Mexico.mp3 (3,781,780 bytes)
FileName: Korn - ADIDAS.mp3 (2,445,863 bytes)
FileName: Korn - Beg For Me.mp3 (3,730,848 bytes)
FileName: korn - freak on a leash (nin remix).mp3 (4,552,704 bytes)
FileName: Korn - Give Dog a Bone.mp3 (5,202,590 bytes)
FileName: KoRn - Got the life (family values 98).mp3 (4,222,864 bytes)
FileName: kottonmouth kings - Real Slim Shady Shut The Fuck.mp3 (4,456,448 bytes)
FileName: Kurupt, Tupac & Daz - Ride With Us (Remix).mp3 (3,939,944 bytes)
FileName: Lady of Rage - Afro Puffs.mp3 (4,561,792 bytes)
FileName: Led Zeppelin - Light My Fire (Doors cover, LIVE).mp3 (3,587,000 bytes)
FileName: Led Zeppelin - Since I've been loving you.mp3 (7,076,040 bytes)
FileName: led zeppelin- smoke on the water.mp3 (4,552,704 bytes)
FileName: Led Zepplin , U2, Dylan & Bob Marley - Knocking on Heavens Doors Live LA.mp3 (4,100,962 bytes)
FileName: Led Zepplin - All Of My Love.mp3 (5,623,188 bytes)
FileName: Led Zepplin - Black Dog.mp3 (4,721,650 bytes)
FileName: Led Zepplin - Dream On.mp3 (4,238,760 bytes)
FileName: Led Zepplin - Going To California (acoustic).mp3 (3,752,367 bytes)
FileName: Led Zepplin - Immigrant Song.mp3 (2,293,760 bytes)
FileName: Led Zepplin - Over The Hills And Far Away.mp3 (4,674,388 bytes)
FileName: Led Zepplin - Stair Way To Heaven.mp3 (6,768,235 bytes)
FileName: Led Zepplin - Stairway to Heaven.mp3 (7,714,527 bytes)
FileName: like_glue_-_sean_paul_(natural_mystic_soca_remix)_www.mystic.mp3 (6,335,856 bytes)
FileName: Lil Flip - Get Crunked.mp3 (3,183,416 bytes)
FileName: Lil John & The Eastside Boys - Bounce Dat Azz.mp3 (4,054,588 bytes)
FileName: Lil John and Da Eastside Boyz- Get Low .mp3 (8,018,868 bytes)
FileName: Lil Jon & the eastside boys ft Lil Scrappy - what u gonna do.mp3 (7,702,918 bytes)
FileName: Lil Jon & The Eastside Boyz feat. Chyna White, DMX, Ludacris,.mp3 (5,623,523 bytes)
FileName: Lil Jon & Yin Yang Twins - Get Low.mp3 (5,347,874 bytes)
FileName: LIL JON & YING YANG TWINS Get Low(Dirty).mp3 (10,721,037 bytes)
FileName: Lil jon Click Clack.MP3 (2,178,151 bytes)
FileName: Lil Kim - Magic Stick (feat. 50 Cent).MP3 (5,761,627 bytes)
FileName: Lil Wayne - 03 - Way Of Life (ft Big Tymers and - simplemp3s.mp3 (4,798,033 bytes)
FileName: Lil' Kim feat Christina Aguilera, Mya & Pink - Lady Marmelade.mp3 (4,248,012 bytes)
FileName: LimpBizket - He Said She Said.mp3 (2,000,632 bytes)
FileName: Linkin Park - ENTH E ND (Kutmasta Kurt ft. Motion Man).mp3 (3,842,048 bytes)
FileName: linkin park - in the end rap remix.mp3 (3,379,200 bytes)
FileName: Linkin Park - One Step Closer.mp3 (2,489,748 bytes)
FileName: Linkin Park - Somewhere I Belong.mp3 (3,446,784 bytes)
FileName: Linkin Park - Somewhere I Belongt.mp3 (5,125,608 bytes)
FileName: LL Cool J - 04 - Paradise Ft Amerie - simplemp3s.mp3 (2,752,640 bytes)
FileName: Lloyd Banks & Snoop - Beautiful Remix.mp3 (2,929,144 bytes)
FileName: Look At Me, I'm Sandra Dee - Stoddard Channing.mp3 (1,611,776 bytes)
FileName: Loon - How You Want That.mp3 (3,603,312 bytes)
FileName: loon ft kelis - how you want that.mp3 (6,452,632 bytes)
FileName: loose change compilation - jack johnson middle man.mp3 (3,134,080 bytes)

Neal,Edna-UserLog-90337972.txt
FileName: Loosing my religion.mp3 (4,292,894 bytes)
FileName: Los Lonely Boys - How far is Heaven.mp3 (3,905,915 bytes)
FileName: Lost Boys - 1,2,3 Thousand Problems.mp3 (5,235,072 bytes)
FileName: Lost Boys - Renne.mp3 (4,700,544 bytes)
FileName: Lost Boyz,Canibus,& Dogg Pound - Music Makes Me High (Remix).mp3 (4,973,478 bytes)
FileName: loyd banks - on fire.mp3 (4,619,458 bytes)
FileName: lucy woodward-dumb girls-while you can.mp3 (5,663,937 bytes)
FileName: Ludacris & Nate Dogg - Real Pimp.mp3 (3,430,413 bytes)
FileName: Ludacris - Chicken And Beer - 08 - screwed_up_(feat_lil_flip)-rns.mp3 (7,035,853 bytes)
FileName: ludacris - sticky icky.mp3 (3,006,185 bytes)
FileName: Ludacris ft. Shawnna - Stand Up.mp3 (4,002,176 bytes)
FileName: ludicrous - ludacris you's a ho.mp3 (2,097,280 bytes)
FileName: Lumidee - Never Leave You (Uh Oh) REMIX (50-cent).wma (3,552,813 bytes)
FileName: lumidee almost famous-uh oooh (remix) featuring busta rhymes and fabolous.mp3 (5,125,444 bytes)
FileName: Lying From You.mp3 (4,201,252 bytes)
FileName: Lynard Skynard - Travelling Man.MP3 (4,256,198 bytes)
FileName: Madonna-Like a virgin.mp3 (3,058,591 bytes)
FileName: Makin Good Love - Avant.mp3 (4,278,272 bytes)
FileName: Manie Fresh - Real Big.mp3 (3,756,160 bytes)
FileName: Mannie Fresh - Real Big Dirty.mp3 (4,455,846 bytes)
FileName: MANY MEN (REMIX) - 50 CENT, EMINEM, NAS.mp3 (4,433,920 bytes)
FileName: Marcy Playground - Sex And Candy.mp3 (3,605,161 bytes)
FileName: Maroon 5 - This Love.mp3 (4,268,703 bytes)
FileName: Maroon5 - this love.mp3 (4,965,111 bytes)
FileName: Marques Houston - Pop That Booty.mp3 (4,013,304 bytes)
FileName: marylyn manson tanted love.mp3 (3,183,143 bytes)
FileName: Master P - Them Jeans (1) (1).mp3 (5,074,825 bytes)
FileName: Master P - Them Jeans (1) (2).mp3 (5,075,081 bytes)
FileName: MC Hammer - Whoomp There It Is.mp3 (3,598,720 bytes)
FileName: Mc Hammer to Vanilla Ice - U cant Touch this.mp3 (3,080,192 bytes)
FileName: Mesmerize ft. Ashanti.mp3 (4,461,356 bytes)
FileName: Method Man ft. Mary J Blige - Your All I Need.mp3 (4,994,419 bytes)
FileName: Michelle Branch - All You Wanted.mp3 (3,447,549 bytes)
FileName: Michelle Branch - Everywhere.mp3 (3,520,854 bytes)
FileName: Mike Jones & Paul Wall - Still Tippin.mp3 (6,404,057 bytes)
FileName: Mike Jones - Back Then.mp3 (3,861,786 bytes)
FileName: Mike Jones - get it on the floor.mp3 (3,165,551 bytes)
FileName: Mike Jones - Who Is Mike Jones - Back Then.mp3 (3,863,659 bytes)
FileName: Miss Eliot - Gossip Folks (Ludacris).mp3 (5,678,823 bytes)
FileName: Missy Eliot - All In My Grill (1).mp3 (4,354,048 bytes)
FileName: Missy Eliot - Ecstacy.mp3 (2,280,247 bytes)
FileName: Mixes - Rap & R n' B Mix.mp3 (11,429,734 bytes)
FileName: Mobb Deep feat. Lil Kim - Quiet Storm (Remix) .mp3 (3,912,064 bytes)
FileName: Mos Def - Traveling Man.mp3 (5,047,298 bytes)
FileName: Mozart - Ode to Joy.mp3 (3,366,054 bytes)
FileName: Mozart - Pachabel Canon.mp3 (4,648,926 bytes)
FileName: Murphy Lee & JD - What The Hook Gonna Be.mp3 (5,424,082 bytes)
FileName: murphy lee.wav (4,888,438 bytes)
FileName: Musica Judia - Yiddish Jewish Judisch-Klezmer & Hassidic Music-Burning Bush(instrumental).mp3 (2,842,721 bytes)
FileName: Nas- Kissing.mp3 (4,091,206 bytes)
FileName: Native American - Indian Chants - Sioux War Dance (1).mp3 (1,746,296 bytes)
FileName: Native American cherokee morning.mp3 (2,851,371 bytes)
FileName: Native American Flute Music - R. Carlos Nakai - Echoes of Time.mp3 (1,488,896 bytes)
FileName: Native American Flute Music-R. Carlos Nakai- Indian Love Call.mp3 (3,314,800 bytes)
FileName: Native American Indian Flute - Carlos Nakai - Earth Spirit .mp3 (1,515,998 bytes)

FileName: Native American Indian Flute - Tribal Winds - Circle of Life.mp3 (4,501,364 bytes)
FileName: Nelly - 09 - Suit - Over and Over (ft. Tim Mcgraw).mp3 (6,217,983 bytes)
FileName: Nelly_Nellyville_Air_Force_Ones.mp3 (4,866,155 bytes)
FileName: neptunes - Rock Star.mp3 (2,165,413 bytes)
FileName: New Edition - Candy Girl.MP3 (3,735,818 bytes)
FileName: NEW RELEASE - Eminem - The Showdown.mp3 (5,614,704 bytes)
FileName: New Wave Hits of the 80s - Culture Beat - Mr Vain (Club Mix).mp3 (6,322,852 bytes)
FileName: newjadiss(1).mp3 (990,706 bytes)
FileName: Next - Too Close.mp3 (4,146,870 bytes)
FileName: nick cannon & r. kelly- gigolo.mp3 (4,845,858 bytes)
FileName: Nick Cannon feat.- Gigolo.mp3 (3,704,960 bytes)
FileName: Nickel Back - Deep - Unknown.mp3 (2,699,812 bytes)
FileName: Nickelback - How you remind me!!s.mp3 (3,646,920 bytes)
FileName: Nickelback - Never Again.mp3 (4,208,640 bytes)
FileName: nickle back - not leavin' yet.mp3 (3,604,608 bytes)
FileName: Nickle back-how you remind me.mp3 (3,371,520 bytes)
FileName: Nickle Creek - When You Come Back Down.mp3 (3,676,160 bytes)
FileName: Nicole feat. DMX - Make It Hot (reggae remix).mp3 (3,270,656 bytes)
FileName: Nirvana - Lake off Fire.mp3 (3,517,116 bytes)
FileName: Nirvana - Laundry Room (rare).mp3 (3,306,024 bytes)
FileName: Nirvana - Smells Like Teen Spirit.mp3 (4,754,146 bytes)
FileName: nitty - nasty girl.mp3 (4,936,096 bytes)
FileName: Nivea - Dont Mess With My Man Remix.MP3 (1,520,172 bytes)
FileName: Nivea ft. R.Kelly - Laundrymat.mp3 (3,125,248 bytes)
FileName: nofx - beer bong & six pack girls.mp3 (3,587,796 bytes)
FileName: Non Point - What A Day.mp3 (3,169,769 bytes)
FileName: Nora Jones - more than this.mp3 (4,011,120 bytes)
FileName: Nora Jones - Ain't Gonna Ask You.mp3 (2,893,080 bytes)
FileName: Nora Jones - Come Away with Me.mp3 (2,603,538 bytes)
FileName: nora jones - don't know why.mp3 (2,673,024 bytes)
FileName: Nora Jones - I've Got To See You Again.mp3 (4,087,862 bytes)
FileName: Nora Jones - Painter Song.mp3 (3,244,494 bytes)
FileName: Nora Jones - Seven Years.mp3 (2,358,765 bytes)
FileName: Nora Jones-04 Feelin' In The Same Way.mp3 (2,872,019 bytes)
FileName: nora jones-13-The Long Day Is Over.mp3 (2,639,498 bytes)
FileName: Norah Jones - Angels (1) (2).mp3 (3,898,977 bytes)
FileName: norah jones - Cold Cold Heart.mp3 (3,545,931 bytes)
FileName: Norah Jones - Don't Know Why (live) (3403024,nora jones mp3).mp3 (3,403,408 bytes)
FileName: Norah Jones - Lonestar.mp3 (2,983,230 bytes)
FileName: norah jones - Turn Me On.mp3 (2,461,824 bytes)
FileName: Notorious B.I.G feat. R. Kelly - Fucking You Tonight.mp3 (5,529,147 bytes)
FileName: Notorious BIG - Hypnotize.mp3 (3,681,350 bytes)
FileName: Notorious BIG ft. Puff Daddy and Lil Kim - N.O.T.O.R.I.O.U.S..mp3 (3,058,532 bytes)
FileName: NWA & Ice Cube & Eazy E - Fuck The Police.mp3 (3,244,632 bytes)
FileName: NWA - Eazy E - Fat Girl.mp3 (2,715,650 bytes)
FileName: obie trice f timbaland - bad bitch.mp3 (3,731,248 bytes)
FileName: Obie Trice ft. Dr. Dre, & Eminem - When Shit Hits The Fan(Ja Rule diss).mp3 (7,049,492 bytes)
FileName: obie trice- get some teeth.mp3 (5,258,611 bytes)
FileName: Offspring - Conspiracy Of One - 06 - Living In Chaos (1).mp3 (3,335,416 bytes)
FileName: Offspring - Self Esteem.mp3 (4,129,102 bytes)
FileName: Oh No, Hell No.MP3 (1,685,650 bytes)
FileName: Ol' Dirty Bastard - I Want Pussy.mp3 (2,368,958 bytes)
FileName: Old Dirty Bastard Babe I got your Money.mp3 (3,868,672 bytes)
FileName: Old Dirty Bastard - Nigga Please.mp3 (4,216,630 bytes)
FileName: OLD SCHOOL RAP - Eazy E- Boyz In Da Hood Bass_Version.mp3 (5,809,572 bytes)
FileName: Old School Rap- Biz Markie and Doug E.mp3 (3,082,624 bytes)

FileName: Oldies - Bob Segar - Old Time Rock and Roll (Live).mp3 (5,087,232 bytes)
FileName: Oldies - Going to the Chapel of Love.mp3 (2,738,176 bytes)
FileName: oldies-Stephenwolf - Born to be Wild.mp3 (2,644,696 bytes)
FileName: on and on-cocoon-jack johnson.mp3 (3,390,458 bytes)
FileName: Onyx - Throw Ya Guns.mp3 (3,147,776 bytes)
FileName: Onyx - Throw Ya Gunz.mp3 (3,099,710 bytes)
FileName: openarms Clay Aiken american idol.mp3 (4,924,281 bytes)
FileName: OPM - El Capitan.mp3 (3,240,659 bytes)
FileName: P.O.D. - Youth Of The Nation.mp3 (3,112,960 bytes)
FileName: Pearl Jam - Break on Through (Live, Doors Cover).mp3 (3,454,398 bytes)
FileName: Phoebe Legere - Native American Healing Song.mp3 (3,449,216 bytes)
FileName: Pimp Daddy Welfare- Elmo Pimps Hoes.mp3 (583,152 bytes)
FileName: Pras Old Dirty Bastard Mya - Ghetto Super Star.mp3 (2,844,652 bytes)
FileName: public enemy - fight the power (1).mp3 (6,508,195 bytes)
FileName: Public Enemy - Fight The Power.mp3 (4,535,335 bytes)
FileName: Punk_Homegrown - Wow Shes Dumb.mp3 (3,135,913 bytes)
FileName: Queen - Bohemian Rhapsody.mp3 (5,651,246 bytes)
FileName: R Kelly & Cassidy Hotel'.mp3 (4,787,849 bytes)
FileName: R Kelly ft Camron Noreaga - Real Playas.mp3 (2,021,885 bytes)
FileName: R&B Mix - Club Hip Hop Mix.mp3 (6,549,924 bytes)
FileName: R&B--R. Kelly f. Crucial Conflict - Ghetto Queen.mp3 (4,162,421 bytes)
FileName: R. Kelly - Bump and Grind.mp3 (4,099,309 bytes)
FileName: R.Kelly-Ignition(RMX).mp3 (4,537,848 bytes)
FileName: Rahzell + Wu Tang- Beatbox + Rap freestyle.mp3 (2,482,572 bytes)
FileName: Ram Jam - Black Betty.mp3 (2,385,548 bytes)
FileName: Rap DMX-My niggers.mp3 (3,282,712 bytes)
FileName: RAP PARODY- Mexican Thong Song.mp3 (1,290,240 bytes)
FileName: Rap Remix - Nelly, Wu Tang Clan, Snoop Dogg, Outkast, Xzibit, Eminem, Three 6 Mafia.mp3 (2,191,360 bytes)
FileName: Red Head - Cheerleader_Porno_Part05_lesbian_strapon_dildo_fucking_redhead_cheerleader_adult_video_hardcore.asf (13,665,325 bytes)
FileName: RedmaMalpractic2SmasSumthin.mp3 (3,008,512 bytes)
FileName: Redman - Malpractice - 23 - Smash Sumthin'.mp3 (3,457,024 bytes)
FileName: redman - Rockafella (Remix).mp3 (4,437,438 bytes)
FileName: regae BIG BOY - Ay, Ay , Ay.mp3 (3,580,746 bytes)
FileName: regae - Dancehall-Beenie Man - (Sim Sima) Who Am I.mp3 (3,136,749 bytes)
FileName: Regae - PANAMA STYLE_MIX REGGAE 1.MP3 (5,540,891 bytes)
FileName: Regae Explicit Remixes - Hiphop Reggae Mix 1.mp3 (2,263,864 bytes)
FileName: Reggae - Lumidee - Never Leave You (1).wma (3,526,241 bytes)
FileName: reggae Sean Paul - She La La La La La La Boom Boom Che Le!.mp3 (3,121,416 bytes)
FileName: reggea - Spanish Ragga Vol II-Spanish reggae (1).mp3 (4,098,432 bytes)
FileName: Relaxation- Native American Indian Flute - Tribal Winds - Tom Mauchahty-.mp3 (4,501,343 bytes)
FileName: Remixes - ULTIMATE MIX r kelly,nas,puff daddy,eminem,tupac,dr dre,dmx,cuban link,big pun,fat joe,master p,ja rule,sean paul,mos def,iconz,.mp3 (3,682,688 bytes)
FileName: Restless Heart - I'll Still Be Loving You.mp3 (4,143,748 bytes)
FileName: Rich Girls - young gunz (1).mp3 (4,266,070 bytes)
FileName: Riddim Diwali - Wayne Wonder - No Letting Go.mp3 (3,442,763 bytes)
FileName: Robbie Robertson & The Red Road Ensemble - Music for the Native Americans - 08 - Words of Fire, Deeds of Blood.mp3 (4,690,692 bytes)
FileName: Ruben Studdard - Soulful - 01 - Sorry 2004.mp3 (4,183,737 bytes)
FileName: Run DMC - Rappers Delight.mp3 (6,698,273 bytes)
FileName: Running.mp3 (4,730,172 bytes)
FileName: salt shaker - ying yang fea.mp3 (6,013,265 bytes)
FileName: Santana feat. Michelle Branch - The Game Of Love.mp3 (4,274,304 bytes)
FileName: Scarface - The Fix - 03 - In Cold Blood(1)(2).mp3 (3,238,732 bytes)
FileName: se7ensoulz+splash.mp3 (4,339,056 bytes)
FileName: Sean Paul - Deport Them (extended).mp3 (5,504,070 bytes)
FileName: Sean Paul - Get Busy (Diwali Riddim) (1).mp3 (5,156,584 bytes)
FileName: Sesame Street- Kermit and Big Bird Smoke Weed.mp3 (2,441,265 bytes)

FileName: Sex 10 min Japanese girl with soft young body is picked up at a restaurant fingered fucked oral cowgirl fucking Nao-Oikawa adult porn xxx movie.rm (35,060,768 bytes)
FileName: Shady Records Mixtape - 50 cent - Invasion - 24 - Freestyle.mp3 (4,511,547 bytes)
FileName: shaggy ft. sean paul - hey sexy lady (remix).mp3 (5,615,616 bytes)
FileName: Shaggy+Janet Jackson - Mr Lover Lover.mp3 (5,702,576 bytes)
FileName: She Fuckin' Hates Me.mp3 (3,469,473 bytes)
FileName: Shut Up.mp3 (4,742,345 bytes)
FileName: Simple Plan - Addicted.mp3 (3,716,876 bytes)
FileName: Simple Plan - I'd do anything.mp3 (3,155,429 bytes)
FileName: Simple Plan - Perfect.mp3 (4,475,146 bytes)
FileName: slim shady - live without me.mp3 (2,633,041 bytes)
FileName: Slim Thug ft. 50 Cent, Young Buck, Paul Wall, and Mike Jones - Still Tippin' (remix).mp3 (8,271,039 bytes)
FileName: slow-Maria Carry-living without you.mp3 (3,450,219 bytes)
FileName: Snoop Dog - 08. beautiful.mp3 (7,161,653 bytes)
FileName: Snoop Dogg - Drop It Like It's Hot (feat. Pharell).mp3 (6,484,264 bytes)
FileName: Snoop Doggy dog and Dr. dre- its like this and that.mp3 (3,540,994 bytes)
FileName: Snoop Doggy Dogg - Lodi Dodi.mp3 (4,233,056 bytes)
FileName: Snopp Doggy Dog - Loddy Doddy.mp3 (4,227,676 bytes)
FileName: Some Cut-trillvile.mp3 (6,802,994 bytes)
FileName: South Park - 503 - Cripple Fight.rm (38,280,188 bytes)
FileName: Staga Lee - Rollin' With MVP.mp3 (3,553,574 bytes)
FileName: Stagga Lee - Rock Ya Body.mp3 (6,661,936 bytes)
FileName: Stairway to Heaven.mid (12,188 bytes)
FileName: State Property- Rock Da Mike.mp3 (4,258,134 bytes)
FileName: Steve Miller Band - Joker (midnight toker) (1).MP3 (4,249,600 bytes)
FileName: Stevie Ray Vaughn - The Sky Is Crying.mp3 (4,455,957 bytes)
FileName: Stevie Ray Vaugn & Buddy Guy - Stormy Monday Blues (LIVE) (1).MP3 (5,271,775 bytes)
FileName: sting & alanis morissette - king of pain (acoustic).mp3 (3,927,896 bytes)
FileName: Sting - A 1000 Years.mp3 (5,729,930 bytes)
FileName: Sting - Desert Rose (long club mix).mp3 (7,329,920 bytes)
FileName: Sting - Entire Album - Dream of the Blue Turtles.mp3 (32,233,560 bytes)
FileName: Sting - Fortress Around Your Heart.mp3 (5,599,736 bytes)
FileName: Sting - Mercury Falling - Lithium Sunset.mp3 (2,514,826 bytes)
FileName: Sting - Spanish Guitar Solo.mp3 (2,609,152 bytes)
FileName: Sting - Thomas Crown Affair - Windmills of Your Mind.mp3 (4,139,888 bytes)
FileName: Sting - When We Dance.mp3 (5,746,837 bytes)
FileName: sting_baby.mp3 (121,626 bytes)
FileName: sting_danger2.mp3 (100,728 bytes)
FileName: sting_romance2.mp3 (137,508 bytes)
FileName: Sublime - Smoke 2 joints.mp3 (4,155,734 bytes)
FileName: superman(dirty_version)-the_eminem_show(1).mp3 (5,312,789 bytes)
FileName: swisha house - 01 Master P - Hoody Hoo(DJ SCREW MIX).mp3 (3,997,696 bytes)
FileName: Symphony No. 40 In G Minor - Allegro Assai.mp3 (8,843,431 bytes)
FileName: System of a Down & Wu Tang, Shame.mp3 (2,603,008 bytes)
FileName: system of a down - black sabbath cover.mp3 (4,476,928 bytes)
FileName: System of a Down - Sugar.mp3 (3,735,725 bytes)
FileName: System of a Down-STEAL THIS ALBUM-fuck the system-No Beeps.mp3 (4,664,695 bytes)
FileName: System of the Down- BYOB.mp3 (5,204,262 bytes)
FileName: SystemofaDown-ChopSuey.mp3 (1,151,696 bytes)
FileName: Terror Squad & Tony Sunshine - Tell Me What You Want.mp3 (4,573,275 bytes)
FileName: Terror Squad - True Story - 02 - Yeah, Yeah, Yeah.mp3 (3,999,689 bytes)
FileName: Terror Squad - True Story - 05 - Take Me Home.mp3 (5,462,152 bytes)
FileName: Terror Squad Feat. Eminem, Fat Joe, Mase & Lil Jon - Lean Back (Remix) (Dirty Version).mp3 (4,579,344 bytes)
FileName: Terror Squad-Oh My God (Remix).mp3 (2,633,815 bytes)
FileName: The Alchemist - 1st Infantry - 02 - Dead Bodies.mp3 (6,303,674 bytes)
FileName: The Alchemist - 1st Infantry - 03 - Your Boy Al.mp3 (1,192,157 bytes)
FileName: The Alchemist - 1st Infantry - 09 - Bangers.mp3 (5,442,802 bytes)

Neal,Edna-UserLog-90337972.txt

FileName: The Alchemist - 1st Infantry - 17 - Tick Tock.mp3 (5,778,920 bytes)
FileName: The Alchemist - 1st Infantry - 18 - Pimp Squad.mp3 (4,517,636 bytes)
FileName: The Alchemist Feat. D-Block-Boost The Crime Rate.mp3 (2,869,259 bytes)
FileName: The Alchemist ft Prodigy, Nina Sky & Illa Ghee - Hold You Down.mp3 (6,551,680 bytes)
FileName: The Doors - When Your Strange+.mp3 (3,505,807 bytes)
FileName: The Game - Buddens.mp3 (4,380,256 bytes)
FileName: The Game - This is How We Do (Fresh '83).mp3 (3,223,552 bytes)
FileName: The Game ft. 50 Cent - West Side Story.mp3 (6,410,112 bytes)
FileName: The Game Ft. Lloyd Banks - Mighty G-Unit.mp3 (2,085,995 bytes)
FileName: The Spaniels - Goodnight Sweetheart Goodnight.mp3 (2,658,972 bytes)
FileName: Three Dog Night - Jeramiah Was A Bullfrog.mp3 (3,185,489 bytes)
FileName: Three Dog Night - Stuck In The Middle With You.mp3 (3,265,063 bytes)
FileName: Three Six Mafia - Slob on my knob (Chopped & Screwed).mp3 (4,960,697 bytes)
FileName: Timbaland feat. Aaliyah, Missy Elliot & Magoo - Up Jumps Tha Boogie.mp3 (4,807,730 bytes)
FileName: timberland ft.MP3 (4,903,780 bytes)
FileName: Toby Keith - Beer For My Horses (With Willie Nelson) (1).mp3 (3,266,506 bytes)
FileName: Toby Keith - Courtesy of the Red White and Blue (Angry American).mp3 (3,060,681 bytes)
FileName: Toby_Keith_-_(Unleashed)-02-Who's_Your_Daddy.mp3 (5,756,928 bytes)
FileName: Toni Braxton - Just Another Sad Love Song.mp3 (4,826,032 bytes)
FileName: Tony Yayo - Burn Freestyle.mp3 (1,822,806 bytes)
FileName: Trillville - Neva Eva (1).mp3 (4,383,940 bytes)
FileName: Trillville - Neva Eva.mp3 (4,383,940 bytes)
FileName: Trina - Leaving You (Big ol Dick).mp3 (4,818,943 bytes)
FileName: Trina-[ALUBM]-nasty bitch.mp3 (2,802,198 bytes)
FileName: Tru - Hoody Hoo.mp3 (4,106,692 bytes)
FileName: TRU - I Got Candy.mp3 (4,212,670 bytes)
FileName: TRU - Smokin Dank In My Cadillac.mp3 (7,048,065 bytes)
FileName: Tupac & Biggie Tribute ft. Eminem - City Clay - Stagga Lee - Jay-Z - 50 Cent - Ashanti - Ja Rule - Nelly - Bonecrusher - Chingy - Dr. Dre - Nate Dogg - Ginuwine & Linkin Park (.mp3 (4,770,672 bytes)
FileName: Twerk a Little (f-Timbaland).mp3 (4,190,208 bytes)
FileName: Twista Ft.mp3 (3,366,747 bytes)
FileName: Tyrese - Act Like That (1).mp3 (4,557,648 bytes)
FileName: Ugk,Tela, Twista, Jay Z,LL zCool J, Method man - Sexin (Unreleased) (1).mp3 (4,734,942 bytes)
FileName: Ugly Friend.mp3 (3,497,353 bytes)
FileName: Uncle Cracker - Drift Away.mp3 (6,142,131 bytes)
FileName: UNPLUG~1.MP3 (2,693,807 bytes)
FileName: Usher - My Boo ft. Beyonce 2.mp3 (5,535,144 bytes)
FileName: Usher ft Alicia Keys - My Boo.mp3 (5,075,531 bytes)
FileName: Usher ft. Alicia Keys - My boo.mp3 (4,422,634 bytes)
FileName: Van Halen - Hot For Teacher.mp3 (4,558,228 bytes)
FileName: van halen - pretty woman.mp3 (2,778,976 bytes)
FileName: Van Halen - Runnin' With The Devil.mp3 (3,456,070 bytes)
FileName: Van Halen - Why Can't This Be Love.mp3 (3,593,997 bytes)
FileName: variados - Green Day Basket Case.mp3 (2,005,021 bytes)
FileName: Victor Wooten - Tali Lama.mp3 (5,093,376 bytes)
FileName: vivian green - emotional rollercoaster (1).mp3 (5,423,351 bytes)
FileName: W.C. feat. Snoop Dogg, Nate Dogg & Xzibit - In The Name Of The Streetz (remix).mp3 (3,483,548 bytes)
FileName: Wayne Wonder - Informer (Juice Remix).mp3 (2,367,960 bytes)
FileName: Wayne Wonder - No Letting Go.mp3 (3,262,801 bytes)
FileName: Wayne Wounder ft Elephant Man - Got Somebody.mp3 (3,452,309 bytes)
FileName: Weezer The Sweater Song.mp3 (4,886,912 bytes)
FileName: Weezer - Beverly Hills.mp3 (8,018,057 bytes)
FileName: Weezer - My Name Is Jonas.mp3 (3,239,567 bytes)
FileName: Whatever.mp3 (3,268,992 bytes)
FileName: Wheatus - Teenage Dirtbag.mp3 (4,094,080 bytes)

FileName: Whitney Houston - I Will Always Love You (1).mp3 (2,147,360 bytes)
FileName: Will Young & Kelly Clarkson - Ain't No Mountain High Enough.mp3 (2,574,336 bytes)
FileName: Wu Tang Clan - Cream.mp3 (3,892,257 bytes)
FileName: Wu Tang Clan - ODB- Baby I Like it Raw.mp3 (2,576,659 bytes)
FileName: Wu Tang Clan - Protect Your Neck.mp3 (4,422,016 bytes)
FileName: Wu-Tang Clan - Dog Shit.mp3 (3,470,119 bytes)
FileName: Wu-Tang Clan - enter the wutang (36 chambers) - 04 - wu-tang 7th chamber.mp3 (5,871,616 bytes)
FileName: Wu-Tang Clan f. ODB - Shimmy Shimmy Ya.mp3 (3,648,674 bytes)
FileName: Xzibit - Multiply.mp3 (4,968,351 bytes)
FileName: Xzibit f. Eminem & Nate Dogg - Say My Name.mp3 (6,593,898 bytes)
FileName: Yeah.mp3 (5,971,968 bytes)
FileName: Yin Yang Twins-Naggin' (1).mp3 (6,358,990 bytes)
FileName: Yin Yang Twins-Naggin'.mp3 (6,358,222 bytes)
FileName: Ying Yang Twins - Wait (Dirty) (The Whisper Song).mp3 (3,135,302 bytes)
FileName: Ying Yang Twins - Whistle While You Twirk.mp3 (3,341,967 bytes)
FileName: ying yang twins-say i yi yi.mp3 (4,308,826 bytes)
FileName: young gunz- cant stop wont stop (1) (1).mp3 (3,312,180 bytes)
FileName: YoungBloodz.mp3 (4,814,848 bytes)
FileName: Z - Ro - Ride Tonight.mp3 (2,250,950 bytes)
FileName: Z Ro-The Mule.mp3 (5,789,574 bytes)
FileName: Z-Ro - City of Killers.mp3 (5,441,078 bytes)
FileName: Z-Ro - Guerilla Maab - Who Dat.mp3 (5,584,898 bytes)
FileName: Z-RO - Screwed Up Click Representa (Chopped & Screwed) 04.Life.mp3 (9,964,066 bytes)
FileName: z-ro-09-one night.mp3 (1,395,014 bytes)
FileName: Z-Ro-Gangstafied-02-zro-mo_city_don-bubz.mp3 (6,385,667 bytes)
FileName: [reggae] Wyclef, Santana - Maria Maria reggae 2 Remix (1) (1).mp3 (3,672,844 bytes)
FileName: [Right Thurr G-Unit Remix].mp3 (3,054,910 bytes)
FileName: DCOM95.EXE (1,228,544 bytes)
FileName: IE5COMP.EXE (80,744 bytes)
FileName: IE5SETUP.EXE (481,128 bytes)
FileName: IEAK5.EXE (3,742,048 bytes)
FileName: IEAK5CD.EXE (3,770,208 bytes)
FileName: VRML2C.EXE (3,294,464 bytes)
FileName: keygen.exe (60,928 bytes)
FileName: Submission.txt (234 bytes)
FileName: INSTMSI.EXE (1,323,264 bytes)
FileName: INSTMSIW.EXE (1,310,976 bytes)
FileName: Nero5572.exe (11,452,014 bytes)
FileName: Serial.txt (87 bytes)
FileName: ARTGALRY.EXE (745,511 bytes)
FileName: CAG.EXE (36,898 bytes)
FileName: BD10253_.GIF (2,407 bytes)
FileName: BD10254_.GIF (240 bytes)
FileName: BD10255_.GIF (234 bytes)
FileName: BD10263_.GIF (663 bytes)
FileName: BD10264_.GIF (185 bytes)
FileName: BD10265_.GIF (308 bytes)
FileName: BD10266_.GIF (177 bytes)
FileName: BD10267_.GIF (311 bytes)
FileName: BD10268_.GIF (177 bytes)
FileName: BD10297_.GIF (1,131 bytes)
FileName: BD10298_.GIF (1,127 bytes)
FileName: BD10299_.GIF (315 bytes)
FileName: BD10300_.GIF (261 bytes)
FileName: BD10301_.GIF (265 bytes)
FileName: BD10302_.GIF (253 bytes)
FileName: BD10335_.GIF (282 bytes)
FileName: BD10336_.GIF (204 bytes)
FileName: BD10337_.GIF (240 bytes)

FileName: BD14513_.GIF (206 bytes)
FileName: BD14514_.GIF (179 bytes)
FileName: BD14515_.GIF (179 bytes)
FileName: BD14528_.GIF (273 bytes)
FileName: BD14529_.GIF (274 bytes)
FileName: BD14530_.GIF (316 bytes)
FileName: BD14531_.GIF (245 bytes)
FileName: BD14532_.GIF (245 bytes)
FileName: BD14533_.GIF (245 bytes)
FileName: BD14565_.GIF (183 bytes)
FileName: BD14578_.GIF (200 bytes)
FileName: BD14579_.GIF (267 bytes)
FileName: BD14580_.GIF (185 bytes)
FileName: BD14581_.GIF (206 bytes)
FileName: BD14582_.GIF (185 bytes)
FileName: BD14583_.GIF (175 bytes)
FileName: BD14654_.GIF (185 bytes)
FileName: BD14655_.GIF (173 bytes)
FileName: BD14656_.GIF (173 bytes)
FileName: BD14691_.GIF (185 bytes)
FileName: BD14692_.GIF (177 bytes)
FileName: BD14693_.GIF (173 bytes)
FileName: BD14752_.GIF (667 bytes)
FileName: BD14753_.GIF (188 bytes)
FileName: BD14754_.GIF (176 bytes)
FileName: BD14755_.GIF (68 bytes)
FileName: BD14756_.GIF (191 bytes)
FileName: BD14757_.GIF (179 bytes)
FileName: BD14790_.GIF (273 bytes)
FileName: BD14791_.GIF (1,115 bytes)
FileName: BD14792_.GIF (251 bytes)
FileName: BD14793_.GIF (240 bytes)
FileName: BD14794_.GIF (259 bytes)
FileName: BD14795_.GIF (219 bytes)
FileName: BD14828_.GIF (192 bytes)
FileName: BD14829_.GIF (191 bytes)
FileName: BD14830_.GIF (184 bytes)
FileName: BD14831_.GIF (179 bytes)
FileName: BD14832_.GIF (180 bytes)
FileName: BD14833_.GIF (178 bytes)
FileName: BD14866_.GIF (501 bytes)
FileName: BD14867_.GIF (253 bytes)
FileName: BD14868_.GIF (419 bytes)
FileName: BD14869_.GIF (196 bytes)
FileName: BD14870_.GIF (420 bytes)
FileName: BD14871_.GIF (194 bytes)
FileName: BD14980_.GIF (463 bytes)
FileName: BD14981_.GIF (356 bytes)
FileName: BD14982_.GIF (198 bytes)
FileName: BD14983_.GIF (124 bytes)
FileName: BD14984_.GIF (182 bytes)
FileName: BD14985_.GIF (64 bytes)
FileName: BD15018_.GIF (16,630 bytes)
FileName: BD15019_.GIF (254 bytes)
FileName: BD15020_.GIF (99 bytes)
FileName: BD15021_.GIF (74 bytes)
FileName: BD15022_.GIF (97 bytes)
FileName: BD15023_.GIF (122 bytes)
FileName: BD15056_.GIF (218 bytes)
FileName: BD15057_.GIF (218 bytes)
FileName: BD15058_.GIF (199 bytes)
FileName: BD15059_.GIF (170 bytes)
FileName: BD15060_.GIF (120 bytes)

FileName: BD15061_.GIF (119 bytes)
FileName: BD15132_.GIF (185 bytes)
FileName: BD15133_.GIF (176 bytes)
FileName: BD15134_.GIF (177 bytes)
FileName: BD15135_.GIF (175 bytes)
FileName: BD15136_.GIF (175 bytes)
FileName: BD15168_.GIF (331 bytes)
FileName: BD15169_.GIF (340 bytes)
FileName: BD15170_.GIF (257 bytes)
FileName: BD15171_.GIF (145 bytes)
FileName: BD15172_.GIF (304 bytes)
FileName: BD15173_.GIF (138 bytes)
FileName: BD15272_.GIF (456 bytes)
FileName: BD15273_.GIF (185 bytes)
FileName: BD15274_.GIF (208 bytes)
FileName: BD15275_.GIF (63 bytes)
FileName: BD15276_.GIF (73 bytes)
FileName: BD15277_.GIF (60 bytes)
FileName: BD21294_.GIF (122 bytes)
FileName: BD21295_.GIF (150 bytes)
FileName: BD21296_.GIF (148 bytes)
FileName: BD21297_.GIF (880 bytes)
FileName: BD21298_.GIF (101 bytes)
FileName: BD21299_.GIF (79 bytes)
FileName: BD21300_.GIF (140 bytes)
FileName: BD21301_.GIF (204 bytes)
FileName: BD21302_.GIF (285 bytes)
FileName: BD21304_.GIF (591 bytes)
FileName: BD21306_.GIF (591 bytes)
FileName: BD21308_.GIF (983 bytes)
FileName: BD21310_.GIF (980 bytes)
FileName: BD21312_.GIF (257 bytes)
FileName: BD21314_.GIF (69 bytes)
FileName: BD21316_.GIF (275 bytes)
FileName: BD21327_.GIF (174 bytes)
FileName: BD21329_.GIF (305 bytes)
FileName: BD21331_.GIF (1,120 bytes)
FileName: BD21333_.GIF (416 bytes)
FileName: BD21335_.GIF (971 bytes)
FileName: BD21337_.GIF (326 bytes)
FileName: BD21339_.GIF (108 bytes)
FileName: BD21342_.GIF (266 bytes)
FileName: BD21343_.GIF (182 bytes)
FileName: BD21344_.GIF (178 bytes)
FileName: BD21364_.GIF (245 bytes)
FileName: BD21365_.GIF (236 bytes)
FileName: BD21366_.GIF (200 bytes)
FileName: BD21375_.GIF (212 bytes)
FileName: BD21376_.GIF (180 bytes)
FileName: BD21377_.GIF (175 bytes)
FileName: BD21398_.GIF (326 bytes)
FileName: BD21399_.GIF (258 bytes)
FileName: BD21400_.GIF (233 bytes)
FileName: BD21421_.GIF (287 bytes)
FileName: BD21422_.GIF (257 bytes)
FileName: BD21423_.GIF (233 bytes)
FileName: BD21433_.GIF (185 bytes)
FileName: BD21434_.GIF (177 bytes)
FileName: BD21480_.GIF (334 bytes)
FileName: BD21481_.GIF (235 bytes)
FileName: BD21482_.GIF (247 bytes)
FileName: BD21503_.GIF (254 bytes)
FileName: BD21504_.GIF (182 bytes)

FileName: BD21505_.GIF (175 bytes)
FileName: BD21518_.GIF (255 bytes)
FileName: BD21519_.GIF (176 bytes)
FileName: BD21520_.GIF (176 bytes)
FileName: BD21533_.GIF (328 bytes)
FileName: BD21534_.GIF (240 bytes)
FileName: BD21535_.GIF (299 bytes)
FileName: J0115834.GIF (185 bytes)
FileName: J0115836.GIF (173 bytes)
FileName: J0115839.GIF (190 bytes)
FileName: J0115840.GIF (190 bytes)
FileName: J0115841.GIF (177 bytes)
FileName: J0115842.GIF (176 bytes)
FileName: J0115844.GIF (176 bytes)
FileName: J0115863.GIF (237 bytes)
FileName: J0115864.GIF (185 bytes)
FileName: J0115865.GIF (224 bytes)
FileName: J0115867.GIF (224 bytes)
FileName: BD10219_.GIF (978 bytes)
FileName: BD10256_.GIF (2,430 bytes)
FileName: BD10289_.GIF (292 bytes)
FileName: BD10290_.GIF (308 bytes)
FileName: BD10307_.GIF (1,175 bytes)
FileName: BD10308_.GIF (637 bytes)
FileName: BD10358_.GIF (932 bytes)
FileName: BD14516_.GIF (352 bytes)
FileName: BD14538_.GIF (1,559 bytes)
FileName: BD14539_.GIF (1,451 bytes)
FileName: BD14594_.GIF (603 bytes)
FileName: BD14595_.GIF (471 bytes)
FileName: BD14677_.GIF (284 bytes)
FileName: BD14710_.GIF (766 bytes)
FileName: BD14711_.GIF (2,711 bytes)
FileName: BD14768_.GIF (423 bytes)
FileName: BD14769_.GIF (362 bytes)
FileName: BD14800_.GIF (499 bytes)
FileName: BD14801_.GIF (900 bytes)
FileName: BD14844_.GIF (316 bytes)
FileName: BD14845_.GIF (279 bytes)
FileName: BD14882_.GIF (381 bytes)
FileName: BD14883_.GIF (324 bytes)
FileName: BD14996_.GIF (727 bytes)
FileName: BD14997_.GIF (686 bytes)
FileName: BD15034_.GIF (544 bytes)
FileName: BD15035_.GIF (366 bytes)
FileName: BD15072_.GIF (423 bytes)
FileName: BD15073_.GIF (390 bytes)
FileName: BD15155_.GIF (277 bytes)
FileName: BD15156_.GIF (323 bytes)
FileName: BD15184_.GIF (1,154 bytes)
FileName: BD15301_.GIF (766 bytes)
FileName: BD15302_.GIF (442 bytes)
FileName: BD21303_.GIF (2,820 bytes)
FileName: BD21305_.GIF (1,558 bytes)
FileName: BD21307_.GIF (808 bytes)
FileName: BD21309_.GIF (3,357 bytes)
FileName: BD21311_.GIF (2,305 bytes)
FileName: BD21313_.GIF (6,677 bytes)
FileName: BD21315_.GIF (328 bytes)
FileName: BD21318_.GIF (286 bytes)
FileName: BD21319_.GIF (403 bytes)
FileName: BD21320_.GIF (1,636 bytes)
FileName: BD21321_.GIF (2,501 bytes)

FileName: BD21322_.GIF (1,235 bytes)
FileName: BD21323_.GIF (917 bytes)
FileName: BD21324_.GIF (917 bytes)
FileName: BD21325_.GIF (1,504 bytes)
FileName: BD21326_.GIF (1,785 bytes)
FileName: BD21328_.GIF (389 bytes)
FileName: BD21330_.GIF (464 bytes)
FileName: BD21332_.GIF (8,081 bytes)
FileName: BD21334_.GIF (2,184 bytes)
FileName: BD21336_.GIF (2,795 bytes)
FileName: BD21338_.GIF (836 bytes)
FileName: BD21340_.GIF (150 bytes)
FileName: BD21348_.GIF (1,131 bytes)
FileName: BD21370_.GIF (2,275 bytes)
FileName: BD21390_.GIF (350 bytes)
FileName: BD21413_.GIF (990 bytes)
FileName: BD21427_.GIF (1,904 bytes)
FileName: BD21448_.GIF (284 bytes)
FileName: BD21495_.GIF (730 bytes)
FileName: BD21512_.GIF (845 bytes)
FileName: BD21527_.GIF (590 bytes)
FileName: BD21548_.GIF (1,853 bytes)
FileName: J0115855.GIF (282 bytes)
FileName: J0115856.GIF (282 bytes)
FileName: J0115875.GIF (467 bytes)
FileName: J0115876.GIF (350 bytes)
FileName: DAOREAD.TXT (2,508 bytes)
FileName: DATAINST.EXE (292,864 bytes)
FileName: MSMAP.EXE (949,248 bytes)
FileName: WZCNFLCT.EXE (598,016 bytes)
FileName: EQNEDT32.EXE (519,168 bytes)
FileName: MS.GIF (1,069 bytes)
FileName: MS.JPG (1,061 bytes)
FileName: MS.PNG (1,682 bytes)
FileName: MS.TIF (2,650 bytes)
FileName: MSINFO32.EXE (135,168 bytes)
FileName: OFFPROV.EXE (44,032 bytes)
FileName: ORGCHART.EXE (1,420,288 bytes)
FileName: PHOTOED.EXE (777,216 bytes)
FileName: CHECK.HTM (2,091 bytes)
FileName: CONTENTS.HTM (2,394 bytes)
FileName: DELSBWEB.HTM (2,070 bytes)
FileName: DIREXE.HTM (2,176 bytes)
FileName: DIRNOEXE.HTM (2,187 bytes)
FileName: DISABLE.HTM (2,107 bytes)
FileName: ENABLE.HTM (1,983 bytes)
FileName: FOOTER.HTM (975 bytes)
FileName: FPADMIN.HTM (903 bytes)
FileName: FPBANNER.HTM (405 bytes)
FileName: FPCREATE.GIF (4,151 bytes)
FileName: IPADDR.HTM (2,961 bytes)
FileName: NEWSBWEB.HTM (2,745 bytes)
FileName: NEWSRVR.HTM (2,760 bytes)
FileName: PERMS.HTM (2,960 bytes)
FileName: RECALC.HTM (1,948 bytes)
FileName: RENSBWEB.HTM (1,971 bytes)
FileName: TOPLEFT.GIF (7,310 bytes)
FileName: TOPRIGHT.GIF (9,016 bytes)
FileName: UNINSTAL.HTM (2,468 bytes)
FileName: FPADMCGI.EXE (24,632 bytes)
FileName: CHECK.HTM (2,091 bytes)
FileName: DELSBWEB.HTM (2,070 bytes)
FileName: DIREXE.HTM (2,176 bytes)

FileName: DIRNOEXE.HTM (2,187 bytes)
FileName: DISABLE.HTM (2,107 bytes)
FileName: ENABLE.HTM (1,983 bytes)
FileName: IPADDR.HTM (2,961 bytes)
FileName: NEWSBWEB.HTM (2,619 bytes)
FileName: NEWSRVR.HTM (2,354 bytes)
FileName: PERMS.HTM (2,851 bytes)
FileName: RECALC.HTM (1,948 bytes)
FileName: RENSBWEB.HTM (1,971 bytes)
FileName: UNINSTAL.HTM (2,468 bytes)
FileName: CFGWIZ.EXE (188,480 bytes)
FileName: FPREMADM.EXE (20,538 bytes)
FileName: FPSERVER.EXE (167,936 bytes)
FileName: FPSREAD9.TXT (10,563 bytes)
FileName: FPSRVADM.EXE (28,728 bytes)
FileName: HTIMAGE.EXE (16,444 bytes)
FileName: IMAGEMAP.EXE (16,445 bytes)
FileName: POSTINFO.HTM (2,443 bytes)
FileName: TCPTEST.EXE (32,827 bytes)
FileName: _VTI_INF.HTM (1,704 bytes)
FileName: NORTBOTS.HTM (764 bytes)
FileName: FPCOUNT.EXE (94,208 bytes)
FileName: 001.GIF (5,384 bytes)
FileName: 1PTRANS.GIF (44 bytes)
FileName: ADADV.HTM (8,291 bytes)
FileName: ADADV_1.HTM (12,178 bytes)
FileName: ADADV_2.HTM (11,449 bytes)
FileName: ADADV_3.HTM (8,216 bytes)
FileName: ADADV_4.HTM (10,760 bytes)
FileName: ADADV_5.HTM (12,730 bytes)
FileName: ADADV_6.HTM (18,579 bytes)
FileName: ADADV_7.HTM (13,697 bytes)
FileName: ADADV_8.HTM (9,251 bytes)
FileName: ADADV_9.HTM (8,076 bytes)
FileName: ADFPRE.HTM (8,092 bytes)
FileName: ADFPRE01.GIF (16,649 bytes)
FileName: ADFPRE02.GIF (19,854 bytes)
FileName: ADFPRE_1.HTM (11,527 bytes)
FileName: ADFPRE_2.HTM (8,850 bytes)
FileName: ADFPRE_3.HTM (9,286 bytes)
FileName: ADFPRE_4.HTM (9,398 bytes)
FileName: ADFPRE_5.HTM (11,893 bytes)
FileName: ADFPRE_6.HTM (16,866 bytes)
FileName: ADFPRE_7.HTM (9,570 bytes)
FileName: ADFPSR.HTM (7,375 bytes)
FileName: ADFPSR_1.HTM (12,549 bytes)
FileName: ADFPSR_2.HTM (38,520 bytes)
FileName: ADFPSR_3.HTM (13,011 bytes)
FileName: ADHTM.HTM (7,981 bytes)
FileName: ADHTM_1.HTM (8,438 bytes)
FileName: ADHTM_2.HTM (35,203 bytes)
FileName: ADMART.GIF (8,255 bytes)
FileName: ADMMC.HTM (7,927 bytes)
FileName: ADMMC_1.HTM (9,400 bytes)
FileName: ADMMC_2.HTM (43,548 bytes)
FileName: ADMMC_3.HTM (8,696 bytes)
FileName: ADMMC_4.HTM (9,261 bytes)
FileName: ADMMC_5.HTM (14,179 bytes)
FileName: ADMMC_6.HTM (9,790 bytes)
FileName: ADOVIEW.HTM (40,987 bytes)
FileName: APNDX00.HTM (34,345 bytes)
FileName: APNDX01.HTM (22,338 bytes)
FileName: APNDX02.HTM (17,475 bytes)

FileName: APNDX03.HTM (93,599 bytes)
FileName: APNDX04.HTM (23,948 bytes)
FileName: APNDX05.HTM (12,938 bytes)
FileName: APNDXTOC.HTM (6,422 bytes)
FileName: AXRPC.HTM (6,362 bytes)
FileName: BACK.GIF (838 bytes)
FileName: BULLET.GIF (814 bytes)
FileName: CNRAT_1.GIF (3,220 bytes)
FileName: CNRAT_2.GIF (5,515 bytes)
FileName: CPYRIGHT.HTM (11,971 bytes)
FileName: DEFAULT.HTM (5,039 bytes)
FileName: DWNARROW.GIF (79 bytes)
FileName: HOME.GIF (990 bytes)
FileName: INCOMPAT.HTM (8,696 bytes)
FileName: ININTRO.HTM (7,916 bytes)
FileName: INUNIX.HTM (26,671 bytes)
FileName: INWINDOW.HTM (18,219 bytes)
FileName: MSFT.GIF (1,174 bytes)
FileName: NEXT.GIF (921 bytes)
FileName: NOTERULE.GIF (491 bytes)
FileName: OVARCHIT.HTM (10,042 bytes)
FileName: OVART.GIF (6,739 bytes)
FileName: OVFEAT01.GIF (22,207 bytes)
FileName: OVFEAT02.GIF (20,459 bytes)
FileName: OVFEAT03.GIF (22,026 bytes)
FileName: OVFEATUR.HTM (21,420 bytes)
FileName: OVPUBLIS.HTM (10,809 bytes)
FileName: OVSCENAR.HTM (18,518 bytes)
FileName: OVWHATAR.HTM (13,525 bytes)
FileName: OVWHATIS.HTM (12,462 bytes)
FileName: PREVIOUS.GIF (925 bytes)
FileName: R_YDOT.GIF (856 bytes)
FileName: SCINTRO.HTM (9,708 bytes)
FileName: SCUNI.HTM (6,807 bytes)
FileName: SCUNIX01.GIF (27,205 bytes)
FileName: SCUNI_1.HTM (13,064 bytes)
FileName: SCUNI_10.HTM (6,944 bytes)
FileName: SCUNI_2.HTM (10,006 bytes)
FileName: SCUNI_3.HTM (10,245 bytes)
FileName: SCUNI_4.HTM (8,960 bytes)
FileName: SCUNI_5.HTM (14,623 bytes)
FileName: SCUNI_6.HTM (9,066 bytes)
FileName: SCUNI_7.HTM (9,481 bytes)
FileName: SCUNI_8.HTM (12,771 bytes)
FileName: SCUNI_9.HTM (7,071 bytes)
FileName: SCWIN.HTM (6,892 bytes)
FileName: SCWIN_1.HTM (11,901 bytes)
FileName: SCWIN_2.HTM (14,006 bytes)
FileName: SCWIN_3.HTM (7,661 bytes)
FileName: SCWIN_4.HTM (15,489 bytes)
FileName: SCWIN_5.HTM (10,396 bytes)
FileName: SCWIN_6.HTM (10,063 bytes)
FileName: SCWIN_7.HTM (10,990 bytes)
FileName: SCWIN_8.HTM (7,390 bytes)
FileName: SCWIN_9.HTM (7,322 bytes)
FileName: SECART.GIF (7,160 bytes)
FileName: SERKINDX.HTM (142,827 bytes)
FileName: SERKTOP.GIF (1,326 bytes)
FileName: SERKTOP.HTM (172 bytes)
FileName: SERKXTRA.HTM (173 bytes)
FileName: SETART.GIF (7,442 bytes)
FileName: SPLASH.GIF (16,595 bytes)
FileName: TERMOFUS.GIF (1,656 bytes)

FileName: TOP.GIF (830 bytes)
FileName: SHTML.EXE (16,437 bytes)
FileName: ADMIN.EXE (16,439 bytes)
FileName: VHTTPD32.EXE (364,605 bytes)
FileName: BACK.GIF (883 bytes)
FileName: BINARY.GIF (948 bytes)
FileName: DBLANK.GIF (836 bytes)
FileName: FTP.GIF (942 bytes)
FileName: IMAGE.GIF (935 bytes)
FileName: INDEX.GIF (947 bytes)
FileName: MENU.GIF (929 bytes)
FileName: MOVIE.GIF (938 bytes)
FileName: SOUND.GIF (959 bytes)
FileName: TELNET.GIF (937 bytes)
FileName: TEXT.GIF (926 bytes)
FileName: UNKNOWN.GIF (921 bytes)
FileName: ADOMDRD.TXT (1,283 bytes)
FileName: ADOREADM.TXT (20,273 bytes)
FileName: ADOXRDME.TXT (6,019 bytes)
FileName: JROREAD.TXT (1,707 bytes)
FileName: OUT40.EXE (269,080 bytes)
FileName: CCMDLIST.EXE (93,696 bytes)
FileName: CNFNOT32.EXE (143,360 bytes)
FileName: CWIMPORT.EXE (258,048 bytes)
FileName: MAPISP32.EXE (16,384 bytes)
FileName: ML3XEC16.EXE (55,388 bytes)
FileName: NEWPROF.EXE (53,248 bytes)
FileName: SCANPST.EXE (282,112 bytes)
FileName: MAPISP32.EXE (32,768 bytes)
FileName: NEWPROF.EXE (57,344 bytes)
FileName: SCANPST.EXE (318,976 bytes)
FileName: MSDASC.TXT (2,160 bytes)
FileName: MSDSQLRM.TXT (1,023 bytes)
FileName: MSORCOLR.TXT (3,040 bytes)
FileName: FP98SADM.EXE (14,608 bytes)
FileName: FP98SWIN.EXE (109,328 bytes)
FileName: FPSRVADM.EXE (16,449 bytes)
FileName: FPSRVWIN.EXE (32,833 bytes)
FileName: ACREAD9.TXT (69,981 bytes)
FileName: BINDER.EXE (237,628 bytes)
FileName: CONVTEXT.EXE (61,440 bytes)
FileName: DATCRT.EXE (42,166 bytes)
FileName: DLGCANCL.EXE (77,824 bytes)
FileName: EXCEL.EXE (7,151,661 bytes)
FileName: FILTERS.TXT (2,086 bytes)
FileName: FINDER.EXE (32,816 bytes)
FileName: FINDFAST.EXE (131,133 bytes)
FileName: FPREAD9.TXT (20,732 bytes)
FileName: FRONTPG.EXE (1,990,730 bytes)
FileName: GRAFLINK.EXE (453,120 bytes)
FileName: GRAPH9.EXE (1,843,246 bytes)
FileName: INTLBAND.HTM (467 bytes)
FileName: MAKECERT.EXE (34,576 bytes)
FileName: MSACCESS.EXE (4,677,686 bytes)
FileName: MSACNV30.EXE (102,400 bytes)
FileName: MSIMPORT.EXE (233,520 bytes)
FileName: MSO7FTP.EXE (3,072 bytes)
FileName: MSO7FTPA.EXE (3,072 bytes)
FileName: MSO7FTPS.EXE (3,072 bytes)
FileName: MSOHTMED.EXE (41,011 bytes)
FileName: MSQRY32.EXE (1,089,536 bytes)
FileName: NSREX.EXE (861,872 bytes)
FileName: OEMEULA.TXT (15,444 bytes)

FileName: OFFCLN9.EXE (217,088 bytes)
FileName: OFREAD9.TXT (23,643 bytes)
FileName: OLREAD9.TXT (31,889 bytes)
FileName: ORG11SVR.EXE (40,896 bytes)
FileName: ORG21SVR.EXE (55,088 bytes)
FileName: OSA9.EXE (65,588 bytes)
FileName: OTUNEUP.EXE (86,074 bytes)
FileName: OUTLOOK.EXE (57,393 bytes)
FileName: POWERPNT.EXE (4,325,428 bytes)
FileName: PPREAD9.TXT (28,587 bytes)
FileName: REMINDER.WAV (25,816 bytes)
FileName: REXPROXY.EXE (59,200 bytes)
FileName: RXCBPRXY.EXE (20,544 bytes)
FileName: SELFCERT.EXE (69,632 bytes)
FileName: SETLANG.EXE (581,632 bytes)
FileName: TESTSND.MID (8,473 bytes)
FileName: VTIDISC.EXE (581,679 bytes)
FileName: VTIFORM.EXE (139,311 bytes)
FileName: VTIPRES.EXE (733,231 bytes)
FileName: WAVTOASF.EXE (83,024 bytes)
FileName: WDREAD9.TXT (28,431 bytes)
FileName: WEBPUB.EXE (311,364 bytes)
FileName: WINWORD.EXE (8,798,260 bytes)
FileName: XLREAD9.TXT (45,997 bytes)
FileName: LICENSE.TXT (15,198 bytes)
FileName: FEEDBACK.HTM (2,631 bytes)
FileName: FPBROWSE.HTM (254 bytes)
FileName: MSOFFICE.EXE (405,560 bytes)
FileName: MSOHELP.EXE (122,939 bytes)
FileName: NFCLEAN.EXE (61,952 bytes)
FileName: OLFMOD32.EXE (618,496 bytes)
FileName: OLFSETUP.EXE (296,448 bytes)
FileName: OLFSNT40.EXE (45,568 bytes)
FileName: OUTLOOK.TXT (152,028 bytes)
FileName: PROJWIZ.EXE (131,072 bytes)
FileName: SCHDPL32.EXE (184,080 bytes)
FileName: THANKYOU.HTM (497 bytes)
FileName: WFXMSRVR.EXE (497,152 bytes)
FileName: WRKGADM.EXE (65,536 bytes)
FileName: LICENSE.TXT (20,116 bytes)
FileName: LICENSE.TXT (14,086 bytes)
FileName: LICENSE.TXT (14,979 bytes)
FileName: LICENSE.TXT (14,666 bytes)
FileName: ASSETS.GIF (2,261 bytes)
FileName: CONTACTS.GIF (2,359 bytes)
FileName: EVTMGMT.GIF (2,474 bytes)
FileName: EXPENSES.GIF (2,206 bytes)
FileName: INVENTRY.GIF (1,931 bytes)
FileName: LEDGER.GIF (2,173 bytes)
FileName: ORDPROC.GIF (2,670 bytes)
FileName: RESOURCE.GIF (2,823 bytes)
FileName: SERVICE.GIF (2,092 bytes)
FileName: TIMEBILL.GIF (2,156 bytes)
FileName: ACBLENDS.GIF (4,075 bytes)
FileName: ACBLUPRT.GIF (1,306 bytes)
FileName: ACEXPDTN.GIF (20,387 bytes)
FileName: ACINDSTR.GIF (1,049 bytes)
FileName: ACRICEPR.GIF (12,515 bytes)
FileName: ACSNDSTN.GIF (4,223 bytes)
FileName: ACSUMIPT.GIF (5,688 bytes)
FileName: BLUELINE.GIF (38 bytes)
FileName: DEFAULT.HTM (2,883 bytes)
FileName: EVENT.HTM (1,195 bytes)

FileName: FEEDBACK.HTM (3,338 bytes)
FileName: LOBBY.HTM (10,247 bytes)
FileName: LOGO.GIF (660 bytes)
FileName: L_STATUS.HTM (7,123 bytes)
FileName: NSFRAME.HTM (10,012 bytes)
FileName: NSHELP.HTM (1,552 bytes)
FileName: NSNBG.GIF (21,848 bytes)
FileName: NSTEST.HTM (4,292 bytes)
FileName: NS_LOGO.GIF (2,270 bytes)
FileName: PRELOBBY.HTM (7,892 bytes)
FileName: SLIDEHLD.HTM (1,040 bytes)
FileName: REGCFG.EXE (21,504 bytes)
FileName: UNDERCON.GIF (1,133 bytes)
FileName: ANASALES.HTM (14,478 bytes)
FileName: CAJBKGRN.GIF (4,440 bytes)
FileName: CAJLOGO.GIF (6,294 bytes)
FileName: CAJUN.HTM (5,081 bytes)
FileName: FORBKGRN.GIF (3,208 bytes)
FileName: FORLOGO.GIF (5,958 bytes)
FileName: FORMAGGI.HTM (6,096 bytes)
FileName: JSCRIPT.HTM (77 bytes)
FileName: NWINDTEM.HTM (677 bytes)
FileName: NWLOGO.GIF (2,430 bytes)
FileName: PRODUCTS.DOC (16,896 bytes)
FileName: REVORD.HTM (24,570 bytes)
FileName: REVPROD.HTM (16,887 bytes)
FileName: SALES.HTM (13,193 bytes)
FileName: VBSCRIPT.HTM (64 bytes)
FileName: VIEWPROD.HTM (18,686 bytes)
FileName: WHATSNEW.GIF (1,670 bytes)
FileName: 2000.GIF (41,095 bytes)
FileName: 2000BAN.GIF (24,814 bytes)
FileName: EVENTS.RTF (4,564 bytes)
FileName: FIREWKS1.JPG (45,097 bytes)
FileName: FIREWKS2.JPG (39,434 bytes)
FileName: FIREWKS3.JPG (32,048 bytes)
FileName: FIREWKS4.JPG (69,923 bytes)
FileName: FP2000.GIF (1,653 bytes)
FileName: JAPAN.GIF (2,177 bytes)
FileName: LONDON.GIF (2,128 bytes)
FileName: PARIS.GIF (1,502 bytes)
FileName: SANFRAN.GIF (1,724 bytes)
FileName: YEAR2000.TXT (1,859 bytes)
FileName: PPVIEW32.EXE (1,425,680 bytes)
FileName: CURRENCY.GIF (5,999 bytes)
FileName: CURRENCY.HTM (562 bytes)
FileName: DADSHIRT.GIF (46 bytes)
FileName: DADSHIRT.HTM (446 bytes)
FileName: JUDGESCH.GIF (3,382 bytes)
FileName: JUDGESCH.HTM (520 bytes)
FileName: JUNGLE.GIF (4,039 bytes)
FileName: JUNGLE.HTM (526 bytes)
FileName: NOTEBOOK.HTM (506 bytes)
FileName: NOTEBOOK.JPG (2,950 bytes)
FileName: OFFISUPP.GIF (4,610 bytes)
FileName: OFFISUPP.HTM (449 bytes)
FileName: PAWPRINT.GIF (1,115 bytes)
FileName: PAWPRINT.HTM (439 bytes)
FileName: PINELUMB.HTM (452 bytes)
FileName: PINELUMB.JPG (3,981 bytes)
FileName: SEAMARBL.HTM (522 bytes)
FileName: SEAMARBL.JPG (6,281 bytes)
FileName: TECHTOOL.GIF (2,135 bytes)

FileName: TECHTOOL.HTM (487 bytes)
FileName: CLCONWEB.HTM (11,328 bytes)
FileName: CLCONWI1.JPG (25,152 bytes)
FileName: CLCONWM.XML (286 bytes)
FileName: FAQSWEB.HTM (8,646 bytes)
FileName: LFCOLWEB.HTM (10,955 bytes)
FileName: LFCOLWI1.JPG (42,640 bytes)
FileName: LFCOLWM.XML (274 bytes)
FileName: PRSNLWEB.HTM (9,779 bytes)
FileName: RTCOLWEB.HTM (11,036 bytes)
FileName: RTCOLWI1.JPG (40,108 bytes)
FileName: RTCOLWM.XML (278 bytes)
FileName: SIMPLWEB.HTM (8,447 bytes)
FileName: TOCWEB.HTM (7,894 bytes)
FileName: BANTOC.HTM (377 bytes)
FileName: FOOTER.HTM (296 bytes)
FileName: FOOTNOTE.HTM (281 bytes)
FileName: HEADER.HTM (296 bytes)
FileName: HORZSPLT.HTM (256 bytes)
FileName: NAVWTOC.HTM (442 bytes)
FileName: THREELEV.HTM (374 bytes)
FileName: TOC.HTM (275 bytes)
FileName: TOPDOWN.HTM (340 bytes)
FileName: VERTSPLT.HTM (256 bytes)
FileName: 1CENTER.HTM (2,430 bytes)
FileName: 1CHEADS.HTM (3,542 bytes)
FileName: 1CLEFT.HTM (2,357 bytes)
FileName: EARTH.JPG (19,123 bytes)
FileName: 1CRIGHT.HTM (2,351 bytes)
FileName: FIREWORK.JPG (26,511 bytes)
FileName: 2CEVEN.HTM (5,123 bytes)
FileName: 2CMENUL.HTM (3,742 bytes)
FileName: FISH.JPG (7,261 bytes)
FileName: 2CMENUR.HTM (3,906 bytes)
FileName: CAKE.JPG (22,895 bytes)
FileName: 2CSTAGR.HTM (6,096 bytes)
FileName: CRANE.JPG (6,276 bytes)
FileName: EARTH2.JPG (10,293 bytes)
FileName: LEOPARD.JPG (12,145 bytes)
FileName: 3C2STAGL.HTM (3,809 bytes)
FileName: 3CEVEN.HTM (6,895 bytes)
FileName: 3CMENUC.HTM (4,792 bytes)
FileName: SUNFLOWR.JPG (9,272 bytes)
FileName: 3CMENUL.HTM (3,660 bytes)
FileName: 3CSIDBAR.HTM (4,460 bytes)
FileName: 4CCENTER.HTM (3,773 bytes)
FileName: 4CSTAGC.HTM (4,721 bytes)
FileName: 4CSTAGL.HTM (4,728 bytes)
FileName: SUNFLOWR.JPG (25,094 bytes)
FileName: BIBLIO.HTM (852 bytes)
FileName: CONFIRM.HTM (1,898 bytes)
FileName: FAQ.HTM (2,279 bytes)
FileName: FEEDBACK.HTM (2,676 bytes)
FileName: GUESTBK.HTM (1,692 bytes)
FileName: GUESTLOG.HTM (185 bytes)
FileName: NORMAL.HTM (134 bytes)
FileName: REGUSER.HTM (4,202 bytes)
FileName: SEARCH.HTM (2,570 bytes)
FileName: TOC.HTM (1,354 bytes)
FileName: BUGLIST.HTM (863 bytes)
FileName: BUGREP.HTM (4,302 bytes)
FileName: CUSUAFTR.HTM (424 bytes)
FileName: CUSUAHDR.HTM (660 bytes)

FileName: CUSUCFRM.HTM (669 bytes)
FileName: CUSUFOOT.HTM (416 bytes)
FileName: CUSUHEAD.HTM (487 bytes)
FileName: CUSUPOST.HTM (1,283 bytes)
FileName: CUSUSRCH.HTM (749 bytes)
FileName: CUSUTOC.HTM (705 bytes)
FileName: DISCUSS.HTM (1,016 bytes)
FileName: DOWNLOAD.HTM (2,379 bytes)
FileName: FAQ.HTM (4,101 bytes)
FileName: FEEDBACK.HTM (863 bytes)
FileName: FOOTER.HTM (664 bytes)
FileName: HEADER.HTM (505 bytes)
FileName: INDEX.HTM (592 bytes)
FileName: SEARCH.HTM (2,087 bytes)
FileName: SUGGEST.HTM (1,333 bytes)
FileName: TN001.HTM (2,650 bytes)
FileName: WHATSNEW.HTM (1,173 bytes)
FileName: SCRNSHOT.GIF (5,156 bytes)
FileName: UNDERCON.GIF (286 bytes)
FileName: INDEX.HTM (215 bytes)
FileName: FAVORITE.HTM (1,047 bytes)
FileName: INDEX.HTM (798 bytes)
FileName: INTEREST.HTM (1,125 bytes)
FileName: MYFAV3.HTM (554 bytes)
FileName: PHOTO.HTM (692 bytes)
FileName: CITY.GIF (13,864 bytes)
FileName: FRONTPAG.GIF (1,062 bytes)
FileName: SUNSET.GIF (23,406 bytes)
FileName: ARCHIVE.HTM (3,934 bytes)
FileName: DISCUSS.HTM (1,183 bytes)
FileName: FOOTER.HTM (505 bytes)
FileName: HEADER.HTM (507 bytes)
FileName: INDEX.HTM (1,248 bytes)
FileName: KNOBAFTR.HTM (411 bytes)
FileName: KNOBAHDR.HTM (511 bytes)
FileName: KNOBCFRM.HTM (639 bytes)
FileName: KNOBFOOT.HTM (403 bytes)
FileName: KNOBHEAD.HTM (464 bytes)
FileName: KNOBPOST.HTM (1,648 bytes)
FileName: KNOBSRCH.HTM (730 bytes)
FileName: KNOBTOC.HTM (592 bytes)
FileName: MEMBERS.HTM (2,518 bytes)
FileName: REQDAFTR.HTM (420 bytes)
FileName: REQDAHDR.HTM (535 bytes)
FileName: REQDCFRM.HTM (661 bytes)
FileName: REQDFOOT.HTM (412 bytes)
FileName: REQDHEAD.HTM (488 bytes)
FileName: REQDPOST.HTM (1,334 bytes)
FileName: REQDSRCH.HTM (745 bytes)
FileName: REQDTOC.HTM (609 bytes)
FileName: SCHEDULE.HTM (2,190 bytes)
FileName: SEARCH.HTM (2,076 bytes)
FileName: STATUS.HTM (1,294 bytes)
FileName: PURPSM.GIF (6,133 bytes)
FileName: SMFEED.GIF (3,710 bytes)
FileName: SMPRESS.GIF (5,480 bytes)
FileName: BLKTXTR1.JPG (1,103 bytes)
FileName: BLUTXTR1.JPG (1,007 bytes)
FileName: BLUTXTR2.JPG (875 bytes)
FileName: BLUTXTR3.JPG (1,898 bytes)
FileName: BRNTXTR1.JPG (1,621 bytes)
FileName: BRNTXTR2.JPG (1,313 bytes)
FileName: GRYTXTR1.JPG (1,153 bytes)

FileName: GRYTXTR2.JPG (1,611 bytes)
FileName: GRYTXTR3.JPG (1,240 bytes)
FileName: GRYTXTR4.JPG (1,344 bytes)
FileName: GRYTXTR5.JPG (1,096 bytes)
FileName: WHTTXTR1.JPG (943 bytes)
FileName: WHTTXTR2.JPG (1,057 bytes)
FileName: BFEED1.GIF (1,602 bytes)
FileName: BFEED2.GIF (1,446 bytes)
FileName: BFEED3.GIF (1,427 bytes)
FileName: BHOME1.GIF (1,553 bytes)
FileName: BHOME2.GIF (1,338 bytes)
FileName: BHOME3.GIF (1,423 bytes)
FileName: BIGNEW.GIF (3,029 bytes)
FileName: BNEWS1.GIF (1,569 bytes)
FileName: BNEWS2.GIF (1,472 bytes)
FileName: BNEWS3.GIF (1,425 bytes)
FileName: BPRDSRV1.GIF (2,155 bytes)
FileName: BPRDSRV2.GIF (1,909 bytes)
FileName: BPRDSRV3.GIF (1,970 bytes)
FileName: BPRODS1.GIF (1,596 bytes)
FileName: BPRODS2.GIF (1,448 bytes)
FileName: BPRODS3.GIF (1,422 bytes)
FileName: BSERVS1.GIF (1,488 bytes)
FileName: BSERVS2.GIF (1,465 bytes)
FileName: BSERVS3.GIF (1,455 bytes)
FileName: BSRCH1.GIF (1,564 bytes)
FileName: BSRCH2.GIF (1,398 bytes)
FileName: BSRCH3.GIF (1,412 bytes)
FileName: BTOC1.GIF (1,611 bytes)
FileName: BTOC2.GIF (1,435 bytes)
FileName: BTOC3.GIF (1,390 bytes)
FileName: BULLET1.GIF (996 bytes)
FileName: BULLET2.GIF (967 bytes)
FileName: BULLET3.GIF (958 bytes)
FileName: DIV1.GIF (3,429 bytes)
FileName: DIV2.GIF (2,604 bytes)
FileName: DIV3.GIF (2,141 bytes)
FileName: HFEED1.GIF (16,522 bytes)
FileName: HFEED2.GIF (15,128 bytes)
FileName: HFEED3.GIF (10,870 bytes)
FileName: HHOME1.GIF (15,884 bytes)
FileName: HHOME2.GIF (14,795 bytes)
FileName: HHOME3.GIF (10,614 bytes)
FileName: HNEWS1.GIF (17,837 bytes)
FileName: HNEWS2.GIF (15,563 bytes)
FileName: HNEWS3.GIF (11,244 bytes)
FileName: HPRDSRV1.GIF (16,157 bytes)
FileName: HPRDSRV2.GIF (16,004 bytes)
FileName: HPRDSRV3.GIF (9,617 bytes)
FileName: HPRODS1.GIF (17,101 bytes)
FileName: HPRODS2.GIF (14,871 bytes)
FileName: HPRODS3.GIF (11,054 bytes)
FileName: HSERVS1.GIF (15,328 bytes)
FileName: HSERVS2.GIF (14,422 bytes)
FileName: HSERVS3.GIF (8,523 bytes)
FileName: HSRCH1.GIF (16,012 bytes)
FileName: HSRCH2.GIF (14,805 bytes)
FileName: HSRCH3.GIF (11,195 bytes)
FileName: HTOC1.GIF (19,323 bytes)
FileName: HTOC2.GIF (16,534 bytes)
FileName: HTOC3.GIF (10,934 bytes)
FileName: LOGO.GIF (322 bytes)
FileName: PRODIMG.GIF (3,081 bytes)

FileName: SMALLNEW.GIF (926 bytes)
FileName: UNDERCON.GIF (293 bytes)
FileName: README.TXT (3,960 bytes)
FileName: SNAPVIEW.EXE (53,300 bytes)
FileName: MSE.EXE (16,778 bytes)
FileName: HTMLFILE.HTM (150 bytes)
FileName: TEXTFILE.TXT (2 bytes)
FileName: BCP.EXE (102,400 bytes)
FileName: CMDWRAP.EXE (40,960 bytes)
FileName: CNFGSVR.EXE (106,496 bytes)
FileName: DCOMSCM.EXE (20,480 bytes)
FileName: DISTRIB.EXE (53,520 bytes)
FileName: DTSRUN.EXE (36,864 bytes)
FileName: DTSWIZ.EXE (28,672 bytes)
FileName: LOGREAD.EXE (98,576 bytes)
FileName: ODBCCMPT.EXE (40,960 bytes)
FileName: OSQL.EXE (122,880 bytes)
FileName: REBUILDM.EXE (61,440 bytes)
FileName: REGREBLD.EXE (90,112 bytes)
FileName: REPLMERG.EXE (82,192 bytes)
FileName: SCM.EXE (77,824 bytes)
FileName: SNAPSHOT.EXE (155,920 bytes)
FileName: SQLAGENT.EXE (339,968 bytes)
FileName: SQLMANGR.EXE (110,592 bytes)
FileName: SQLSERVR.EXE (4,964,624 bytes)
FileName: SVRNETCN.EXE (69,632 bytes)
FileName: VSWITCH.EXE (98,576 bytes)
FileName: DTCSETUP.EXE (550,112 bytes)
FileName: LAYOUT.BIN (334 bytes)
FileName: MSETUP.EXE (343,552 bytes)
FileName: SETUPSQL.EXE (61,440 bytes)
FileName: SQLSTP.EXE (60,416 bytes)
FileName: _ISDEL.EXE (8,704 bytes)
FileName: CLICONFG.EXE (37,136 bytes)
FileName: REGSVR32.EXE (30,720 bytes)
FileName: EXTRACT.EXE (53,039 bytes)
FileName: IMMC.EXE (1,221,464 bytes)
FileName: MSORCRDM.TXT (1,654 bytes)
FileName: ODBCAD32.EXE (9,216 bytes)
FileName: SQLOLEDB.TXT (3,768 bytes)
FileName: SQLSRDME.TXT (13,228 bytes)
FileName: VFPODBC.TXT (11,538 bytes)
FileName: AWSNTO32.EXE (35,328 bytes)
FileName: FIXMAPI.EXE (7,440 bytes)
FileName: QUIKVIEW.EXE (20,992 bytes)
FileName: QUIKVIEW.EXE (56,592 bytes)
FileName: HH.EXE (26,896 bytes)
FileName: APPLAUSE.WAV (28,074 bytes)
FileName: CAMERA.WAV (5,524 bytes)
FileName: CARBRAKE.WAV (14,076 bytes)
FileName: CASHREG.WAV (7,551 bytes)
FileName: CHIMES.WAV (37,310 bytes)
FileName: CLAP.WAV (32,136 bytes)
FileName: DRIVEBY.WAV (12,479 bytes)
FileName: DRUMROLL.WAV (19,426 bytes)
FileName: EXPLODE.WAV (23,584 bytes)
FileName: GLASS.WAV (11,532 bytes)
FileName: GUNSHOT.WAV (4,423 bytes)
FileName: LASER.WAV (1,837 bytes)
FileName: PROJCTOR.WAV (10,398 bytes)
FileName: RICOCHET.WAV (8,903 bytes)
FileName: TYPE.WAV (4,636 bytes)
FileName: WHOOSH.WAV (1,758 bytes)

FileName: AGENTSVR.EXE (274,497 bytes)
FileName: WINWORD8.DOC (10,752 bytes)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | |
| Plaintiffs, | Civil No. |
| v. | |
| EDNA NEAL, | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company or investment fund that owns 10% or more of any Plaintiff's stock.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by Sony Corporation, a publicly traded corporation, and Bertelsmann AG, which is not publicly traded.

By: ______________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; BMG MUSIC; and ARISTA RECORDS LLC