AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,**

CA 06 185ML

v.

**EDNA NEAL**

TO:
**EDNA NEAL**
**40 Charpentier Ave**
**Apt 1**
**Pawtucket, RI 02861-1209**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**
**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/21/06

(BY) DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **CAPITOL RECORDS, INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**EDNA NEAL**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 185 ML**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of May, 2006, at 5:43 PM**, at the address of **40 CHARPENTIER Avenue APT 1, PAWTUCKET**, **Providence** County, **RI** ; this declarant served the above described documents upon **EDNA NEAL,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **EDNA NEAL, White, Female, 69yrs, 5'7", 165lbs, Brown Hair, Glasses**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **3rd day of May, 2006**

**Gordon Moniz**

ABC's Client Name
**Holme, Roberts & Owen LLP (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3868509**