UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAPITOL RECORDS, INC., et al

v. CA 06-185ML

EDNA NEAL

ORDER

The above-captioned case was filed on April 21, 2006 and default was entered on Jjuly 24, 2006. The matter has been pending since without any further action and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
September 27, 2006

Entered as an Order of this Court on September 28, 2006

Barbara Barletta
Deputy Clerk