**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

EDNA NEAL,

Defendant.

Civil No. 1: 06-cv-00185-ML-DLM

Judge Mary M. Lisi

**NOTICE OF DISMISSAL**

Plaintiffs Capitol Records, Inc., Atlantic Recording Corporation, UMG Recordings, Inc., BMG Music and Arista Records LLC (collectively "Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby notice the dismissal of the above-named lawsuit without prejudice, each side to bear its own costs and fees. The Defendant has not answered and there are no counterclaims pending. Plaintiffs therefore request the clerk close the case.

Respectfully submitted,

Dated: October 16, 2006

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this ___16th___ day of _October_, 2006, a copy of the foregoing **NOTICE OF DISMISSAL** was served upon the Defendant via United States Mail at the following address:

Edna Neal
40 Charpentier Ave
Apt 1
Pawtucket, Ri 02861-1209
*Defendant*

/s/ James E. O'Neil
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852